FILED by
ELECTRONIC

**NOV 9, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

MIZNER GRAND CONDOMINIUM
ASSOCIATION, INC.,

        Plaintiff,

vs.

        CASE NO:

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA f/k/a THE
TRAVELERS INDEMNITY COMPANY OF
ILLINOIS, MILLER & SOLOMON GENERAL
CONTRACTORS, INC., AND BOCA
MARINA, LTD.,

        **09-82280-Civ-Marra/Johnson**

        Defendants.

_____ /

### NOTICE OF REMOVAL

    TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") sets

forth its grounds for removal as follows:

### ALL ELEMENTS FOR REMOVAL ARE SATISFIED

    1.    Mizner Grand Condominium Association, Inc. ("Mizner") filed suit against

Travelers in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County,

Florida, Case No. 50 2009 CA 033960XXXX MB.  Travelers was served with the complaint on

or about October 19, 2009.

    2.    Also named as "defendants" in the suit are Miller & Solomon General

Contractors, Inc. ("MSGC") and Boca Marina, Ltd. ("Boca Marina").

    3.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, and

other papers or exhibits of every kind, served upon or by Travelers as of the date of this Notice

are attached as composite Exhibit "A."

14461994v1 904697 7791

4.      Pursuant to 28 U.S.C. § 1446(b), this Notice is filed within thirty (30) days of when it was "first … ascertained that the case is one which is or has become removable…."

5.      At issue in the action is the existence of insurance coverage for allegations of defective construction that required correction.  More specifically, Mizner alleges that it is an additional insured under various insurance policies issued by Travelers.  According to the complaint, the policies were purchased by MSGC and named Boca Marina as an additional insured.  Mizner entered into a settlement agreement with Boca Marina and was assigned Boca Marina's rights to coverage under the policies to Mizner.

6.      Travelers was at all times, including at the time this action was commenced and this Notice filed, a Connecticut corporation with its principal place of business in Connecticut. Travelers is accordingly a citizen of the state of Connecticut.

7.      Mizner was at all times, including at the time this action was commenced and this Notice filed, a citizen of the state of Florida.

8.      In the complaint, Mizner alleges that it named MSGC as a "nominal party in that it is the named insured under the POLICIES for which Plaintiff seeks a declaratory judgment and as such may have an interest in the outcome of this action."  Similarly, Mizner alleges that Boca Marina is a "nominal party in that … it was the additional insured under the POLICIES for which Plaintiff seeks a declaratory judgment and will benefit from a favorable outcome in this action to the extent that it is currently indebted to [Mizner]…."

9.      If MSGC and Boca Marina have an interest in this lawsuit, which is unlikely given their inclusion solely as nominal parties, their interests are aligned with Mizner to the extent that they would benefit if Mizner prevails against Travelers.

14461994v1  904697  7791

10.    Under the "primary purpose" test for the realignment of parties, the label of "defendant" for MSGC and Boca Marina is of no consequence to the determination of diversity jurisdiction and, thus, the consent of MSGC and Boca Marina is not necessary for removal. *See City of Indianapolis v. Chase Nat'l Bank*, 314 U.S. 63, 69 (1941) ("Diversity jurisdiction cannot be conferred upon the federal courts by the parties' own determination of who are plaintiffs and who defendants. It is our duty, as it is that of the lower federal courts, to 'look beyond the pleadings, and arrange the parties according to their sides in the dispute.'"); *Weller v. Navigator Marine, Inc.*, 737 F.2d 1547, 1548 (11th Cir. 1984) (holding that to determine whether the parties are properly aligned, the court must determine the "principal purpose" of the case); *La Shangrila, Inc. v. Hermitage Ins. Co.*, Case No. 8:07-cv-1133-T-24 EAJ, 2007 WL 2330912, *2 (M.D. Fla. 2007) (applying the test under *Weller* to realign the parties in a coverage action so that the interests of the nominal party-defendant were properly aligned with the interests of the plaintiff rather than the insurer).

11.    From the allegations of the complaint, it is evident that the amount in controversy is in excess of $75,000, exclusive of interest, attorney's fees, and costs.

12.    Since Travelers is not a citizen of Florida and Mizner, MSGC, and Boca Marina are citizens of Florida, this Notice is timely, and because the amount in controversy is in excess of $75,000, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441.

13.    A copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

14.    A copy of this Notice is also served on all interested parties.

14461994v1  904697  7791

WHEREFORE, Travelers respectfully requests this Court remove this action now pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida pursuant to the provisions of 28 U.S.C. § 1441.

Respectfully Submitted,

Sina Bahadoran, Esquire
Florida Bar No. 523364
sbahadoran@hinshawlaw.com
Eric A. Hiller, Esquire
Florida Bar No. 0027820
ehiller@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was served by fax and U.S. Mail on November 6, 2009 to:  William J. Cornwell, Esquire, Weiss, Handler, Angelos & Cornwell, P.A., 2255 Glades Road, Suite 218A, Boca Raton, Florida 33431, [fax] 561.997.9995, *counsel for Mizner*, and by U.S. Mail to:  Lawrence L. Kibler, 350 Se 2nd Avenue, GPH10, Ft. Lauderdale, Florida 33301, *registered agent for MSGC*, and Boca Developers, Inc., 321 E. Hillsboro Blvd., Deerfield Beach, Florida 33441, *registered agent for Boca Marina.*

Sina Bahadoran

14461994v1 904697 7791

# COMPOSITE EXHIBIT "A"

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services


09-55323

MIZNER GRAND CONDOMINIUM
ASSOCIATION INC. A FLORIDA CORPORATION
NOT-FOR-PROFIT AS ASSIGNEE OF BOCA MARINA, LTD.
AND BOCA DEVELOPERS, INC.

PLAINTIFF(S),

VS.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA F/K/A THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS, a Connecticut
corporation authorized to do business in the State of Florida, et al.,

DEFENDANT(S).
_____/

SUMMONS, COMPLAINT, DOCUMENTS

**CASE #:** 502009CA033960XXXXMB AB
**COURT:** CIRCUIT COURT
**COUNTY:** PALM BEACH
**DFS-SOP#:** 09-55323

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida.  Said process was received in my office by PROCESS SERVER
on the 9th day of October, 2009 and a copy was forwarded by Electronic Delivery on the 13th
day of October, 2009 to the designated agent for the named entity as shown below.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
LYNETTE COLEMAN  (gbarber@cscinfo.com)
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

WILLIAM J. CORNWELL, ESQUIRE
SUITE 218A                                                          TAS
2255 GLADES ROAD
BOCA RATON FL 33431

Division of Legal Services - Service of Process Section
200 East Gaines Street  - P.O. Box 6200 - Tallahassee, Florida 32314-6200  -  (850) 413-4200  -  Fax (850) 922-2544

6 of 205

IN TH E CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.

MIZNER GRAND CONDOMINIUM
ASSOCIATION, INC. a Florida corporation
not-for-profit as Assignee of Boca Marina, Ltd.
and Boca Developers, Inc.

**50   2009** CA U 33960 **XXXX   MB**

Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA f/k/a
THE TRAVELERS INDEMNITY COMPANY
OF ILLINOIS, a Connecticut corporation authorized
to do business in the State of Florida and
MILLER & SOLOMON GENERAL CONTRACTORS,
INC., a Florida Corporation and BOCA MARINA, LTD., a
Florida Limited Partnership,

Defendants.
_____/

2009 OCT 13  PM 3: 20

SERVED ON DEFENDANT
OF FINANCIAL SERVICES DEPARTMENT

AB

On  16-9-09  at  2:08 p m

Herman Mathers
Special Process Server #2
Leon County, Florida

## S U M M O N S

**THE STATE OF FLORIDA**

To All and Singular the Sheriffs of the State:

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

TRAVELERS, PROPERTY CASUALTY COMPANY OF AMERICA
f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

by serving its Registered Agent:

**Alex Sink, Chief Financial Officer**
Department of Financial Services
200 East Gaines Street
Tallahassee, Fl. 32399



Each Defendant is required to serve written defenses to the Complaint upon Plaintiffs' attorney: William J Cornwell, Esq., Weiss, Handler, Angelos & Cornwell, P.A., whose address is:  One Boca Place, Suite 218-A, 2255 Glades Road, Boca Raton, Florida 33431 within 20 days after service of this Summons on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**WITNESS** my hand and seal of this Court on __**OCT 07 2009**__

> SHARON R. BOCH
> Clerk of the Court

BY:___**BELVA HAMILTON**___
      As Deputy Clerk

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667



IN TH E CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.

MIZNER GRAND CONDOMINIUM
ASSOCIATION, INC. a Florida corporation **50   2009 C A U 3 3 9 6 0 XXXX NB**
not-for-profit as Assignee of Boca Marina, Ltd.
and Boca Developers, Inc.

     Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA f/k/a
THE TRAVELERS INDEMNITY COMPANY
OF ILLINOIS, a Connecticut corporation authorized
to do business in the State of Florida and
MILLER & SOLOMON GENERAL CONTRACTORS,
INC., a Florida Corporation and BOCA MARINA, LTD., a
Florida Limited Partnership,

     Defendants.

_____/



COPY
RECEIVED FOR FILING

OCT 0 7 2009

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT

Plaintiff, MIZNER GRAND CONDOMINIUM ASSOCIATION, INC. as Assignee of

Boca Developers, Inc. and Boca Marina, Ltd. sues Defendant, TRAVELERS PROPERTY

CASUALTY COMPANY OF AMERICA f/k/a THE TRAVELERS INDEMNITY COMPANY

OF ILLINOIS, a Connecticut corporation authorized to do business in the State of Florida and

Defendant, MILLER & SOLOMON GENERAL CONTRACTORS, INC., a Florida Corporation

and BOCA MARINA, LTD, and alleges:

## I.   PARTIES

1.     Plaintiff, MIZNER GRAND CONDOMINIUM ASSOCIATION, INC. (the "Association") is a Florida not-for-profit corporation that has an office for the transaction of its usual and customary business in Palm Beach County, Florida.

2.     The Association is responsible for the operation and maintenance of the Mizner Grand Condominium (the "Condominium").

3.     Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS ("Travelers"), is a corporation organized under the laws of the State of Connecticut authorized to do business in the State of Florida which at all times relevant to this action was authorized to transact business within the State of Florida.

4.     Defendant, MILLER & SOLOMON GENERAL CONTRACTORS, INC, ("MSGC") is a Florida Corporation whose principal place of business in located in Dade County, Florida.

5.     Defendant, MSGC is joined in this action as a nominal party in that it is the named insured under the POLICIES for which Plaintiff seeks a declaratory judgment and as such may have an interest in the outcome of this action.

6.     Defendant, Boca Marina, Ltd, ("Boca Marina") is a Florida Limited Partnership whose principal place of business is located in Broward County, Florida.

7.     Defendant, Boca Marina is joined in this action as a nominal party in that, *inter-alia*, it was the additional insured under the POLICIES for which Plaintiff seeks a declaratory judgment and will benefit from a favorable outcome in this action to the extent that it is currently

2

indebted to its assignee, the Association, under the terms of a mediated Settlement Agreement as set forth more particularly below.

## II. JURISDICTION AND VENUE

8.     This is an action for damages and other relief in which the amount in controversy exceeds $3.5 million dollars, exclusive of costs of this action and attorney's fees, thus making jurisdiction appropriate in the Circuit Court.

9.     Venue is appropriate in Palm Beach County, Florida in that Defendant, Travelers is a foreign corporation authorized to do business in the State of Florida and one or more causes of action alleged herein arose in Palm Beach County, Florida.

10.     All conditions precedent to the institution of this action have occurred, been performed or have been waived.

## III.  COMMON ALLEGATIONS

### A.     *THE INSURANCE POLICIES*

11.     On or about January 15, 1997, the Defendant, Travelers, issued a commercial general liability insurance policy (Policy No. P-660-225X6166-TIL-96) to MSGC, in which Boca Marina was named as additional insured, a copy of which policy is attached hereto and is incorporated herein as Exhibit "A". The policy provided that it was effective for the period from December 1, 1996 through December 1, 1997.

12.     On or about December 18, 1997, the foregoing policy was renewed by issuance of Policy No. DT88-660-225X6166-TIL-97) to MSGC, in which Boca Marina was named as additional insured , a copy of which is attached hereto and is incorporated herein as Exhibit "B."

3

The policy provided that it was effective for the period from December 1, 1997 through December 1, 1998.

13.     On or about December 21, 1998, the foregoing policy was renewed by issuance of Policy No. DT88-CO-225X6166-TIA-98 to MSGC, in which Boca Marina was named as additional insured, a copy of which is attached hereto and is incorporated herein as Exhibit "C." The policy provided that it was effective for the period from December 1, 1998 through December 1, 1999.

14.     Certificates of Insurance issued by Travelers designating Boca Marina as an Additional Insured under the Policies for both Phase I and Phase II of the construction of the Mizner Grand Condominium are attached hereto as Composite Exhibit "D".

15.     Each policy provides for limits of $1,000,000 per occurrence, $1,000,000 in the aggregate, and a separate aggregate limit of $1,000,000 for Products-Completed Operations Coverage except that the policy for the period from December 1, 1998 to December 1, 1999 provides for limits of $1,000,000 per occurrence, $2,000,000 in the aggregate, and a separate aggregate limit of $2,000,000 for Products-Completed Operations

16.     Each of the foregoing policies (collectively the "POLICIES") were issued and delivered to Florida companies and concerned risks in the state of Florida.

17.     Accordingly, Florida law applies to the interpretation of the POLICIES.

18.     The POLICIES are identical in all material aspects.

19.     All premiums required to be paid under the POLICIES have been paid.

20.     During the period from December 1, 1996 through December 1, 1999, there was in full force and effect an umbrella liability policy issued by Travelers under which Boca Marina

4

was named as an additional insured covering the losses incurred by the Insured and the Additional Insured during the Mizner Grand Condominium construction in excess of the limit of the foregoing underlying insurance coverage with limits of $25,000,000 per occurrence and $25,000,000 in the aggregate.   A copy of the umbrella policy in effect during the period from December 1, 1998 through December 1, 1999 is attached hereto as Exhibit "E".  Plaintiff is not presently in possession of the prior umbrella policy or policies that were in effect for the period from December 1, 1996 through November 30, 1998 and will file same upon obtaining a copy of the policy through discovery.   The umbrella policies are collectively referred to herein as the "Umbrella Policy".

### B.  *THE WORK GIVING RISE TO THE INSURANCE CLAIM*

21.    This insurance coverage dispute arises out of construction defects in work performed at the Condominium.

22.    Boca Marina (hereinafter the "Developer") developed the Condominium, and MSGC (the "General Contractor") was the general contractor for the Condominium.

23.    The Condominium is comprised of two 12-story luxury condominium towers totaling 138 units located in Boca Raton, Florida.

24.    The Condominium was constructed in two phases.  A certificate of occupancy was issued on February 8, 1999 for Phase 1 and on August 30, 2001 for Phase II.

25.    The POLICIES were in full force in effect throughout the entirety of Phase 1 and for part of Phase II.

26.    During Phase I, the General Contractor and its subcontractors constructed the Parking Garage, Upper Parking/Plaza Deck, Planters and Retaining Walls.

5

27.     During Phase I, the General Contractor and its subcontractors constructed all or substantial portions of the central fire and security alarm systems.

## C.  *THE UNDERLYING LAWSUIT*

28.     On or about March 14, 2002, the Developer relinquished control of the Condominium to the unit owners.

29.     On or about August 14, 2003, asserting that there were numerous construction defects in the Condominium Buildings and common areas of the Condominium, including Upper Parking/Plaza Deck, Planters and Retaining Walls, as well as the Central Fire and Security Alarm Systems, the Association sued the Developer, its general partner, Boca Developers, Inc., and the General Contractor in Palm Beach County Circuit Court Case No.2003 CA 8673 AB (the "Underlying Lawsuit").

30.     On or about June, 2005, Boca Marina and Boca Developers sought and obtained leave to assert cross-claims against the General Contractor.

31.     Thereafter, the General Contractor sought and obtained leave to file Third Party claims against various subcontractors.

## D.  *TRAVELER'S FAILURE TO DEFEND AND INDEMNIFY*

32.     On or about April 25, 2007, counsel for the Developer, as Additional Insured, provided formal notice to Travelers of the claims made in the Underlying Lawsuit.  A copy of the April 25, 2007 letter providing such notice is attached hereto as Exhibit "F" (without enclosures).

6

33.      The April 25, 2007 letter enclosed a copy of the Case Management Order issued by the Court in the litigation which set forth, among other things, dates for court ordered mediation and trial of the case.

34.      The Developer, specifically requested coverage for the claims, as well as Travelers' attendance at mediation on behalf of the Developer and, if necessary, at trial.

35.      Travelers failed to issue a written Reservation of Rights Letter or otherwise respond within thirty (30) days of receiving such letter within which time Travelers knew or should have known of all defenses to the Developers' claim.

36.      As a result, Travelers failed to comply with the Florida Claims Administration Statute and is now barred from asserting a breach of condition to coverage as a defense.

37.      Travelers chose not to attend mediation or otherwise participate in the Underlying Litigation on behalf of the Developer.

38.      On January 7, 2008, after two multi-day mediation sessions involving representatives for the Association, the Developer, the General Contractor and numerous subcontractors and others, the Developer, the Association and various other parties executed a Mediated Settlement Agreement which, subject to Court approval, fully and finally resolved the Association's construction defect claims in the Underlying Lawsuit.

39.      The Mediated Settlement Agreement was the result of lengthy and difficult arms' length negotiations and the agreed terms represented a substantial compromise of the Association's construction defect claims in the underlying civil action. The Mediated Settlement Agreement was subsequently approved by the Court.  A copy of the Mediated Settlement

7

Agreement (without Exhibits) and Agreed Amended Final Order Approving Joint Motion for Class Certification and Approval of Settlement Agreement is attached as Composite Exhibit "G".

40.     The Developer was justified in entering into the Settlement Agreement given Travelers failure to defend the Underlying Litigation and failure to represent the Developer at the mediation.

41.     It was not until April 2, 2008 and by which time the Developer had executed the Mediated Settlement Agreement settling all claims raised in the Underlying Litigation (for which coverage under the policies had been requested), that Travelers notified the Developer that it belatedly agreed to participate in the defense of the additional insured subject to a full reservation of rights and defenses under the POLICIES issued to the General Contractor. A copy of Travelers' April 2, 2008 letter is attached hereto as Exhibit "H".

42.     This notification came almost a year after the April 25, 2007 letter from the Developer's counsel seeking to have Travelers defend and indemnify the Developer for the claims asserted in the Underlying Litigation.

43.     Travelers' April 2, 2008 offer to participate in the Developer's defense did not fulfill its duty under the POLICIES to defend against claims in that the offer was not made until after the Underlying Litigation had been concluded by settlement.

44.     Thereafter, the Developer, primarily as a consequence of Travelers' failure to defend and indemnify in accordance with its contractual obligations, defaulted on its obligations under the Mediated Settlement Agreement, including its obligation to third-party contractors for remediation work undertaken pursuant to the terms of the Mediated Settlement Agreement.

8

45.     As a result, the Developer incurred attorneys' fees and costs and expenses in connection with such third party contractor claims and also became legally obligated to the Association for damages, costs and attorney's fees sustained by the Association as a result of the Developer's failure to comply with its obligations under the Mediated Settlement Agreement.

46.     The Association subsequently moved to enforce the Mediated Settlement Agreement.

47.     On December 16, 2008, in consideration of the Association forbearing from pursuing further judicial action to address the Developer's defaults under the Mediated Settlement Agreement, the Developer assigned to the Association its claims under the POLICIES and under the Umbrella Policy.  A copy of the December 16, 2008, Assignment of the Developer's claims as additional insured under the Policies is attached as Exhibit "I".

E.     **TERMS OF THE POLICIES AT ISSUE**

48.     In its April 2, 2008 letter, Traveler's set forth its interpretation of the POLICIES which included the following assertions:

A.     "Any allegations that work was done improperly or poorly are not allegations of "property damage."  Property allegedly damaged has to be undamaged or uninjured at some previous point in time.  Thus, work never constructed properly in the first place is not "property damage."  (Exhibit "H" at p. 6).

B.     ". . .even if "property damage" can be shown, there is no coverage unless that "property damage" is caused by an "occurrence".  An obligation to redo or replace work is the natural and ordinary consequence of poor workmanship for a contractor.  Thus, poor

9

workmanship is not an "occurrence". An "occurrence" does not include the normal, expected consequences of poor workmanship." (Exhibit "H" at p. 6).

49.     Exclusion h(6) in the POLICIES titled "Damage to Property," precludes coverage for "Property damage to: "That must be restored, repaired or replaced because "your work" was incorrectly performed on it." (Exhibit "H" at p. 6). However, the same exclusion states that ". . .this exclusion does not apply to 'property damage' included in the 'products-completed operations hazard.'"

50.     Exclusion 2L of the POLICIES titled "Damage to Your Work," precludes coverage for "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard." However, the same exclusion states that: "This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your *behalf by a subcontractor*." (Emphasis added).

51.     The POLICIES contain the following definition of "Products-completed operations hazard":

> "a.     Includes all 'bodily injury' and 'property damage' occurring away premises you own or rent and arising out of "your product" or "your work" except:
>
> > (1)     Products that are still in your physical possession; or
> >
> > (2)     Work that has not yet been completed or abandoned.
>
> However, "your work" will be deemed completed at the earliest of the following times:
>
> (a)     When all of the work called for in your contract has been completed if your contract calls for work at more than one site;
>
> (b)     When all of the work to be done at the site has been

10

completed if your contract calls for work at more than one site; or

(c)   When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

52.    The work of the General Contractor/Insured was complete at the time the property damage allegedly arose out of it and therefore the claims asserted against the Developer and resolved through settlement in the Underlying Lawsuit fall within the "Products-completed operations hazard."

53.    Despite knowing that its insureds faced a multi-million dollar liability exposure, Traveler's has continued to wrongfully assert that the POLICIES provide no coverage for the construction defect claims asserted by the Association against the Developer in the Underlying Lawsuit.

54.    The Association's claims in the Underlying Lawsuit triggered Traveler's duty to defend and indemnify the Developer, as Additional Insured, under the POLICIES and to pay any amounts over and above the limits of the POLICIES up to the limits of the Umbrella Policy. However, it was not until after the Underlying Lawsuit had been settled through mediation that Traveler's belatedly agreed to pay a small portion of the defense costs incurred by the Developer. As a result, the Developer was required to employ its own counsel to respond to the Association's claims and otherwise represent its interests, thereby incurring substantial attorney's

11

fees, costs, and expenses in defending against the construction defect claims asserted in the Underlying Lawsuit.

55.     While Travelers purported to provide a reservation of rights letter, it failed to fulfill its statutory duties under Section 627.426(b) to either obtain from the Developer, as Additional Insured, a non-waiver agreement or to retain mutually agreeable independent counsel to defend the Developer

56.     Plaintiff has retained the undersigned counsel and is obligated to pay the costs and reasonable attorney's fees incurred to enforce their rights under the POLICIES.   Defendant, Travelers, is therefore obligated, upon rendition of judgment in favor of Plaintiff, to pay Plaintiffs' attorneys fees under Sec. 627.428 Fla. Stat.

## COUNT I – BREACH OF INSURANCE CONTRACT

57.     Developer incorporates by reference paragraphs 1 through 56 above as if fully set forth herein.

58.     All conditions precedent to coverage and to Traveler's duty to defend have been satisfied and complied with or such conditions have been waived.

59.     Concerning the claims described above, Travelers has a duty under the applicable POLICIES and Florida law to provide the coverage afforded by the POLICIES, including but not limited to defense and indemnity benefits under the POLICIES and coverage for any amounts in excess of the limits of the POLICIES up to the limits of the Umbrella Policy.

60.     In breach of its obligations under the POLICIES, Traveler's has wrongfully denied coverage for the construction defect claims asserted against the Developer in the

12

Underlying Lawsuit and has refused to defend the Developer, or to reimburse its defense costs or participate in settling such claims.

61. As a direct and proximate result of Traveler's breaches of its obligations under the POLICIES, Travelers is liable to the Association, as assignee, for all amounts incurred and/or paid by the Developer in settlement of the claims asserted in the Underlying Lawsuit against Developer, for prejudgment interest on any payments previously made or hereinafter made by the Developer for the correction of construction defects which were the subject of the Underlying Litigation, for consequential damages arising from Travelers breach of its indemnification obligations to the Developer under the POLICIES as well as for the defense costs incurred by the Developer.

**WHEREFORE**, Plaintiff, MIZNER GRAND CONDOMINIUM ASSOCIATION, INC. as Assignee of Boca Marina, Ltd. demands judgment against Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, for damages, costs, and prejudgment interest. Plaintiff further request that the Court award Plaintiff its attorneys' fees and other expenses incurred and to be incurred in bringing and prosecuting this action pursuant to Fla. Stat. Ann. § 627.428.

**COUNT II**

**(DECLARATORY JUDGMENT)**

62. Plaintiff adopts and realleges paragraphs 1 through 56 as if fully set forth herein.

63. This is an action for declaratory judgment to construe and declare the parties' respective rights and responsibilities pursuant to the POLICIES within the jurisdiction of this Court.

13

64.     At all times material hereto, in consideration of the premiums paid by or on behalf of the Insured, MSGC, the POLICIES and Umbrella Policy were in full force and effect.

65.     An actual, present, and existing controversy exists between Plaintiff and Defendant, Travelers, with respect to the existence or exclusion of coverage and a duty to defend under the POLICIES and Umbrella Policy for the claims asserted by the Association in the Underlying Lawsuit and the Developer's legal obligations under the terms of the Mediated Settlement Agreement and the parties' respective rights and duties under the POLICIES and Umbrella Policy.

66.     As such, a bona fide, actual, present and practical need exists for a declaration as to the parties' rights and responsibilities under the POLICIES and Umbrella Policy.

67.     The Association has a present and practical need of sufficient immediacy and reality to warrant a declaration of whether Traveler's had a duty to defend the Developer in the Underlying Litigation and whether it also had a duty to indemnify the Developer for the obligations the Developer incurred and/or paid as a result of the claims asserted in the Underlying Litigation.

68.     As a result of Travelers' actions as set forth above, Plaintiff is in doubt and uncertain of its legal rights as Assignee under the aforementioned POLICIES and under the Umbrella Policy and therefore seeks a judicial determination and declaration as to its rights, status, and other legal and equitable relations in, to, and with reference to same.

69.     Nominal Defendants, Boca Marina and MSGC, for the reasons set forth above, have an interest in the outcome of such controversy.

14

70.     All of the persons who have, or who may have, an actual, present, adverse and antagonistic interest in the subject matter are parties to this action.

71.     The declaration sought by Plaintiff herein is not merely the giving of legal advice, but rather is a declaration regarding a present controversy as to the herein stated facts.

72.     Plaintiff contends that the claims asserted by it against Travelers are covered under one or more of the POLICIES and under the Umbrella Policy and such claims have been tendered to Travelers in accordance with the terms of the POLICIES and Umbrella Policy.

73.     Travelers contends that such claims are subject to exclusions that preclude coverage or are otherwise not covered under the POLICIES.

74.     The grounds asserted by Travelers to deny coverage are not supported by the POLICIES or Florida law, including *Auto Owners Insurance Company v. Pozzi Window Company*, 984 So.2d 1241 (Fla. 2008) and its progeny.

75.     Plaintiff requests that this court enter judgment declaring that Travelers has a duty to defend and indemnify under one or more of the POLICIES and/or the Umbrella Policy against the claims described herein.

WHEREFORE, the Plaintiff, Association, as Assignee of Boca Marina, Ltd., requests declaratory relief as aforesaid, as well as an award of costs, prejudgment interest, and attorney's fees under Sec. 627.428 Fla. Stat. and requests that the Court grant such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues triable as a matter of right.

15

WEISS HANDLER ANGELOS &
CORNWELL, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
Tel: (561) 997-9995
Fax: (561-997-9995

BY: _____

WILLIAM J. CORNWELL, ESQ.
Florida Bar No. 0782017
DAVID K. FRIEDMAN, ESQ.
Florida Bar No. 307378
dkf@weissandhandlerpa.com

S:\gen1\DKF\Mizner Grand\Travelers Ins. Claim\Complaint.doc

16

RECORDS RETENTION

The Travelers Indemnity Company
The Aetna Casualty and Surety Company
a member of TravelersGroupT

One Tower Square, Hartford, Connecticut 06183

CONTRACTORS
COMMON POLICY DECLARATIONS
ISSUE DATE: 01/15/97

POLICY NUMBER: P-660-225X6166-TIL-96

1. NAMED INSURED AND MAILING ADDRESS:
   MILLER & SOLOMON GENERAL
   CONTRACTORS, INC. (AS PER IL T8 00)
   8491 NW 17TH ST.
   STE K & L
   MIAMI, FL 33126

2. POLICY PERIOD: From 12/01/96 to 12/01/97 12:01 A.M. Standard Time at
                                                  your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy              Address

   SEE IL TO 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL PROPERTY COV PART DECLARATIONS           CP TO 01 02 94 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS  CG TO 01 03 94 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM TO 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                     Policy No.              Insuring Company

7. PREMIUM SUMMARY:
   Provisional Premium   $      101,035
   Due at Inception      $       25,570
   Due at Each           $ SEE IL TO 30

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   SEITLIN & CO INS (FX243)
   PO BOX 025220
   MIAMI, FL 331025220                      Authorized Representative
                                            DATE: _____

IL TO 02 11 89     PAGE 1 OF 2             OFFICE: ORLANDO

The Travelers Indemnity Company
The Aetna Casualty and Surety Company
Members of *TravelersGroupT*

TAXES AND SURCHARGES

POLICY NUMBER: P-660-225X6166-TIL-96

EFFECTIVE DATE: 12/01/96

ISSUE DATE: 01/15/97

| DESCRIPTION | AMOUNT |
|---|---|
| FLORIDA INSURANCE PREMIUM SURCHARGE | 4.00 |
| FLA EMERGENCY MGMNT,PREPAREDNESS, ASST TRUST FUND SURCHARGE | 4.00 |

IL TO 02 11 89      PAGE  2 OF  2

OFFICE: ORLANDO                  856.
PRODUCER NAME: SEITLIN & CO INS              FX243

**TravelersInsurance**
A Member of *TravelersGroup*

POLICY NUMBER: P-660-225X6166-TIL-96

EFFECTIVE DATE: 12-01-96

ISSUE DATE: 01-15-97

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

INTERLINE

| | |
|---|---|
| IL TO 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL TO 01 12 94 | COMMON POLICY CONDITIONS |
| IL TO 30 12 90 | NON-STANDARD PAYMENT SCHEDULE |
| IL TO 03 04 93 | LOCATION SCHEDULE |
| IL T8 00 | NAMED INSURED ENDORSEMENT |

COMMERCIAL PROPERTY

| | |
|---|---|
| CP TO 01 02 94 | COMMERCIAL PROPERTY DECLARATIONS |
| CP 03 21 03 94 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| CP TO 00 08 92 | TABLE OF CONTENTS |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP T1 00 10 91 | BUILDING & PERSONAL PROPERTY COV FORM |
| CP T1 04 10 91 | BUSINESS INCOME COV FORM W/EE |
| CP T1 08 10 91 | CAUSES OF LOSS-SPECIAL FORM |
| CP TO 06 04 96 | CP SUPPLEMENTAL DEC - FLORIDA |
| CP TO 07 04 96 | CP SUPPLEMENTAL DEC - FLORIDA |
| CP TO 08 04 96 | CP SUPPLEMENTAL DEC - FLORIDA |
| CP T3 24 10 91 | FLORIDA CHANGES |

INLAND MARINE

| | |
|---|---|
| CM AO 06 05 93 | CONTRACTORS EQUIP COVG-SPECIAL DEC |
| CM AO 13 08 93 | VALUABLE PAPERS DEC |
| CM T9 90 12 92 | FINE ARTS COVERAGE-SPECIAL FORM DEC |
| CM TO 11 01 88 | TABLE OF CONTENTS |
| CM 00 01 06 95 | COMMERCIAL INLAND MARINE CONDITIONS |
| CM 00 67 06 95 | VALUABLE PAPERS & RECORDS COVERAGE FORM |
| CM T1 03 05 93 | CONTRACTORS EQUIP-SPECIAL FORM |
| CM T1 05 06 93 | FINE ARTS COVERAGE FORM-SPECIAL FORM |
| CM 01 16 04 89 | FL CHANGES-LOSS PAYMENT |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG TO 01 03 94 | COMM'L GENERAL LIABILITY DEC |
| CG T4 98 12 88 | AMENDMENT-AGGREGATE LIMITS OF INSURANCE |
| CG TO 07 09 87 | DECLARATIONS PREMIUM SCHEDULE |
| CG TO 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG TO 34 10 93 | TABLE OF CONTENTS |
| CG 00 01 10 93 | COMMERCIAL GENERAL LIABILITY COV FORM |
| CG 24 04 10 93 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY |
| CG DO 37 01 92 | OTHER INSURANCE-ADDITIONAL INSUREDS |

IL T8 01 10 93

PAGE: 1 OF 2

**TravelersInsurance**
A Member of *TravelersGroup*

POLICY NUMBER: P-660-225XG166-TIL-96

EFFECTIVE DATE: 12-01-96

ISSUE DATE: 01-15-97

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D1 05 04 94 | BLANKET ADDL INSD-OWNERS/LESSEES/CONT |
| CG D1 26 10 95 | ADDITIONAL INSURED-VENDORS BROAD FORM |
| CG 21 41 11 85 | EXCLUSION-INTERCOMPANY PRODUCTS SUITS |
| CG 21 47 10 93 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D1 13 10 94 | EXCLUSION-CONTRACTORS-PROFESSIONAL LIAB |
| CG D1 38 01 96 | MODIFIED POLLUTION EXCLUSION |
| CG T4 78 02 90 | EXCLUSION-ASBESTOS |
| CG T3 33 12 88 | LIMIT WHEN TWO OR MORE POLICIES APPLY |
| CG T3 48 07 86 | OTHER INSURANCE-EXCESS |
| CG 02 20 07 92 | FL-CHANGES-CANCELLATION AND NONRENEWAL |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL 00 21 11 94 | NUCLEAR ENERGY LIAB EXCL END-BROAD FORM |
| IL 01 75 09 93 | FL CHANGES-LEGAL ACTION AGAINST US |
| IL 02 55 07 94 | FL CHANGES-CANCELLATION & NONRENEWAL |

IL T8 01 10 93

PAGE:   2 OF   2

POLICY OVERPRINT     PAGE 1 OF 1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KJ28    ISSUE DATE: 01/15/97

CONTRACTORS

EFFECTIVE DATE:  12/01/96
EXPIRATION DATE: 12/01/97

INSUREDS NAME: MILLER & SOLOMON GENERAL
              CONTRACTORS, INC.

NEW/RENEWAL: N                    PAYMODE: N

SOLICITOR CODE:                   AUDIT FREQUENCY: A

SAI: 283903038                    RESPONSIBILITY: P

MSI:                              WATCH FILE: O

RATING MODE: G                    SURVEY CODE: 2

SPECIAL CODE:                     REINSURANCE: N

PROGRAM CODE: 8C4                 AUTO FILINGS:

FEDERAL TAX ID:

PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|---|---|---|---|---|---|
| | 0197 | 12/01/96 | 25,562.00 | 8.00 | 25,570.00 |
| | 0197 | 01/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0297 | 02/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0397 | 03/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0497 | 04/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0597 | 05/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0697 | 06/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0797 | 07/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0897 | 08/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | 0997 | 09/01/97 | 8,385.00 | 0.00 | 8,385.00 |
| | | TOTAL: | 101,027.00 | 8.00 | 101,035.00 |

OFFICE: ORLANDO          856
PRODUCER NAME: SEITLIN & CO INS              FX243

**Travelers**Insurance
A Member of *TravelersGroup*

PREMIUM SPLIT FORM    PAGE  1 OF  1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KJ28      ISSUE DATE: 01/15/97

| ACCOUNT MONTH | EFFECTIVE DATE | COMM ITEM NC 93 PREMIUM | COMM ITEM NC 98 PREMIUM | COMM ITEM .1500 PREM PREMIUM | COMM ITEM PREMIUM |
|---|---|---|---|---|---|
| 0197 | 12/01/96 | 4.00 | 4.00 | 25562 | |
| 0197 | 01/01/97 | 0.00 | 0.00 | 8385 | |
| 0297 | 02/01/97 | 0.00 | 0.00 | 8385 | |
| 0397 | 03/01/97 | 0.00 | 0.00 | 8385 | |
| 0497 | 04/01/97 | 0.00 | 0.00 | 8385 | |
| 0597 | 05/01/97 | 0.00 | 0.00 | 8385 | |
| 0697 | 06/01/97 | 0.00 | 0.00 | 8385 | |
| 0797 | 07/01/97 | 0.00 | 0.00 | 8385 | |
| 0897 | 08/01/97 | 0.00 | 0.00 | 8385 | |
| 0997 | 09/01/97 | 0.00 | 0.00 | 8385 | |
| | TOTAL: | 4.00 | 4.00 | 101027 | |

93=FLS      98=FLATF

OFFICE: ORLANDO           856
PRODUCER NAME: SEITLIN & CO INS                    FX243

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: P-660-225X6166-TIL-96
EFFECTIVE DATE:  12/01/96
ISSUE DATE: 01/15/97

| PAYMENT DUE DATES | AMOUNT |
|---|---|
| 12/01/96 | 25,570.00 |
| 01/01/97 | 8,385.00 |
| 02/01/97 | 8,385.00 |
| 03/01/97 | 8,385.00 |
| 04/01/97 | 8,385.00 |
| 05/01/97 | 8,385.00 |
| 06/01/97 | 8,385.00 |
| 07/01/97 | 8,385.00 |
| 08/01/97 | 8,385.00 |
| 09/01/97 | 8,385.00 |

IL TO 30 12 90      PAGE  1 OF  1

OFFICE: ORLANDO                856
PRODUCER NAME: SEITLIN & CO INS                FX243

**LOCATION SCHEDULE**          **POLICY NUMBER: P-660-225X6166-TIL-96**

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
12-01-96 to 12-01-97.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 8491 NW 17TH ST.<br>STE L<br>MIAMI, FL 33126-9999 | OFFICE |
| 1 | 2 | 8491 NW 17TH ST.<br>STE K<br>MIAMI, FL 33126-9999 | OFFICE |
| 2 | 3 | LT. 6 BL1, TAMIAMI CORPORATE<br>CTR SEC1, PB123, PG22<br>MIAMI, FL 33126-9999 | STORAGE YARD |

IL T0 03 04 96

003301

POLICY NUMBER: P-660-225X6166-TIL-96                    GENERAL PURPOSE ENDORSEMENT

NAMED INSURED ENDORSEMENT

ITEM 1 NAMED INSURED TO READ:

MILLER & SOLOMON GENERAL CONTRACTORS, INC.
ROSARO EQUIPMENT, INC. KLK DEVELOPMENT, INC.
DATATRONICS, INC. MILLER & SOLOMON RESIDENTIAL
CORP.

**TravelersInsurance**
A Member of *TravelersGroup*

One Tower Square, Hartford, Connecticut 06183

| COMMERCIAL PROPERTY | POLICY NUMBER: P-660-225X6166-TIL-96 |
| COVERAGE PART DECLARATIONS | ISSUE DATE: |

**DECLARATIONS PERIOD:** From 12-01-96 to 12-01-97  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Property Coverage Part consists of these Declarations, the Commercial Property Conditions Form, the Coverage Forms and Causes of Loss Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**  Insurance applies only at a premises and for a coverage, optional coverage or coverage option for which a Limit of Insurance or an "X" is shown below.

---

Premises Loc. No. 0001 ·   Bldg. No. 001       Deductible Amount: 1,000  PER OCCURRENCE

| Coverage/Coverage Form | Limit of Insurance | Causes of Loss | Coinsurance |
|---|---|---|---|
| TENANTS, IMPROVEMENTS AND BETTERMENTS · | $225,000 (BLANKET LIMIT 1) | SPECIAL | 90% |

☐ Agreed Value    ☒ Replacement Cost Applies    ☐ Inflation Guard:  Percentage

**Business Income/Extra Expense — Optional Coverages or Coverage Options**

☐ Agreed Value
☐ Extended Period of Indemnity:    Days
☐ Maximum Period of Indemnity: 120 Days
☐ Monthly Limit of Indemnity:
☐ Extra Expense: Restoration Period and Monthly Percentage Limits on Loss Payment — Three Months at 40-80-100%.  Exceptions:

☐ Ordinary Payroll is Excluded
☐ Ordinary Payroll Limited:    Days

---

Premises Loc. No. 0001       Bldg. No. 001       Deductible Amount: 1,000  PER OCCURRENCE

| Coverage/Coverage Form | Limit of Insurance | Causes of Loss | Coinsurance |
|---|---|---|---|
| YOUR BUSINESS PERSONAL PROPERTY | $ 250,000 (BLANKET LIMIT 2) | SPECIAL | 90% |

☐ Agreed Value    ☒ Replacement Cost Applies    ☐ Inflation Guard:  Percentage

**Business Income/Extra Expense — Optional Coverages or Coverage Options**

☐ Agreed Value
☐ Extended Period of Indemnity:    Days
☐ Maximum Period of Indemnity: 120 Days
☐ Monthly Limit of Indemnity:
☐ Extra Expense: Restoration Period and Monthly Percentage Limits on Loss Payment — Three Months at 40-80-100%.  Exceptions:

☐ Ordinary Payroll is Excluded
☐ Ordinary Payroll Limited:    Days

---

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CP T0 01 02 94

PRODUCER: SEITLIN & CO INS           FX243       OFFICE: ORLANDO           856

**TravelersInsurance**
A Member of *TravelersGroup*▼

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL PROPERTY**
**COVERAGE PART DECLARATIONS**

POLICY NUMBER: P-660-225X6166-TIL-96
ISSUE DATE:

---

Premises Loc. No. 0001       Bldg. No. 001       Deductible Amount:  N/A

| Coverage/Coverage Form | Limit of Insurance | Causes of Loss | Coinsurance |
|---|---|---|---|
| BUSINESS INCOME WITH EXTRA EXPENSE | $500,000 | SPECIAL | |

☐ Agreed Value        ☐ Replacement Cost Applies        ☐ Inflation Guard:    Percentage

**Business Income/Extra Expense — Optional Coverages or Coverage Options**

☐ Agreed Value                                    ☐ Ordinary Payroll is Excluded
☒ Extended Period of Indemnity: 30    Days        ☐ Ordinary Payroll Limited:          Days
☐ Maximum Period of Indemnity: 120 Days
☒ Monthly Limit of Indemnity: 1/6
☐ Extra Expense: Restoration Period and Monthly Percentage Limits on Loss Payment —
   Three Months at 40-80-100%.   Exceptions:

---

Premises Loc. No. 0001       Bldg. No. 002       Deductible Amount: 1,000  PER OCCURRENCE

| Coverage/Coverage Form | Limit of Insurance | Causes of Loss | Coinsurance |
|---|---|---|---|
| TENANTS, IMPROVEMENTS AND BETTERMENTS | $INCLUDED IN (BLANKET LIMIT 1) | SPECIAL | 90% |

☐ Agreed Value        ☒ Replacement Cost Applies        ☐ Inflation Guard:    Percentage

**Business Income/Extra Expense — Optional Coverages or Coverage Options**

☐ Agreed Value                                    ☐ Ordinary Payroll is Excluded
☐ Extended Period of Indemnity:     Days          ☐ Ordinary Payroll Limited:          Days
☐ Maximum Period of Indemnity: 120 Days
☐ Monthly Limit of Indemnity:
☐ Extra Expense: Restoration Period and Monthly Percentage Limits on Loss Payment —
   Three Months at 40-80-100%.   Exceptions:

---

Premises Loc. No. 0001       Bldg. No. 002       Deductible Amount: 1,000  PER OCCURRENCE

| Coverage/Coverage Form | Limit of Insurance | Causes of Loss | Coinsurance |
|---|---|---|---|
| YOUR BUSINESS PERSONAL PROPERTY | $INCLUDED IN (BLANKET LIMIT 2) | SPECIAL | 90% |

☐ Agreed Value        ☒ Replacement Cost Applies        ☐ Inflation Guard:    Percentage

**Business Income/Extra Expense — Optional Coverages or Coverage Options**

☐ Agreed Value                                    ☐ Ordinary Payroll is Excluded
☐ Extended Period of Indemnity:     Days          ☐ Ordinary Payroll Limited:          Days
☐ Maximum Period of Indemnity: 120 Days
☐ Monthly Limit of Indemnity:
☐ Extra Expense: Restoration Period and Monthly Percentage Limits on Loss Payment —
   Three Months at 40-80-100%.   Exceptions:

---

CP T0 01 02 94
Order # CP T9 93 02 94
PRODUCER: SEITLIN & CO INS                FX243        OFFICE: ORLANDO                856

POLICY NUMBER: P-660-225X6166-TIL-96

**COMMERCIAL PROPERTY**
**ISSUE DATE: 01-15-97**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2%, or 5%) |
|---|---|---|
| 1 | 1 | 2 |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used on this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings. Specific insurance covers item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of insurance. Items of insurance and corresponding Limit(s) of insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

**A. Specific Insurance**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1. Each building, if two or more buildings sustain loss or damage;

2. The building and to personal property in that building, if both sustain loss or damage.

3. Personal property at each building, if personal property at one or more buildings sustains loss or damage;

4. Personal property in the open.

**B. Blanket Insurance**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us. This Deductible is calculated separately to:

1. Each building, if two or more buildings sustain loss or damage;

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

COMMERCIAL PROPERTY

2. The building and to personal property in that building, if both sustain loss or damage;

3. Personal property at each building, if personal property at two or more buildings sustains loss or damage.

4. Personal Property in the open.

C. All Policies

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance, after any reduction required by any of the following Coinsurance Condition Agreed Value Optional Coverage, Additional Condition—Need For Adequate Insurance or Additional Condition-Need for Full reports.

EXAMPLES—APPLICATION OF DEDUCTIBLE:

Example #1-Specific Insurance

The amounts of loss to the damages building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000)

The actual Limit of Insurance on the damages building is $70,000.

The Deductible is 1%.

Step (1) : $70,000 - $80,000 = 875

Step (2) : $60,000 X .875 = $52,500

Step (3) : $70,000 X 1% = $ 700

Step (4) : $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200 is not covered due to the Coinsurance penalty for inadequate insurance (steps (1) and (2)) and the application of the Deductible (steps (3) and (4)).

Example #2—Specific Insurance

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at the time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of

$100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The actual Limits of Insurance on the damages property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

Building

Step (1): $80,000 X 2% = $1,600

Step (2) : $60,000 - $1,600 = $58,400

Business Personal Property

Step (1) : $64,000 X 2% = $1,280

Step (2) : $40,000 - $1,280 = $38,720

The most we will pay is $97,120. That portion of the total loss not covered due to application of the Deductible is $2,880.

Example #3 — Blanket Insurance

The sum of the values of Building #1 ($500,000) Building #2 ($500,000) and Building # 3 ($1,000,000), as shown in the most recent Statement of Values on file with us is $2,000,000.

The coinsurance percentage shown in the Declarations is 90; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000), as shown in the Declarations.

The actual Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations is $1,800,000 (therefore no Coinsurance penalty).

Building #1 and #2 have sustained damage the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

Building #1

Step (1) : $500,000 X 2% = $10,000

Step (2) : $40,000 - $10,000 = $30,000

Building #2

Step (1) : $500,000 X 2% = $10,000

Step (2) : $20,000 - $10,000 = $10,000

The most we will pay is $40,000. That portion of the total loss not covered due to application of the Deductible is $20,000.

Example #4 — Blanket Insurance

The sum of the values of Building #1 (500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000), and Business Personal Property at Building #2 ($250,000), as shown in the

Copyright, ISO Commercial Risk Services, Inc., 1993

CP 03 21 03 94

COMMERCIAL PROPERTY

most recent Statement of Values on file with us is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%, the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2 shown in the Declarations, is $1,350,000. Therefore therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 5%.

**Building**

Step (1) : $500,000 X 5% = $25,000

Step (2) : $95,000 - $25,000 = $70,000

**Business Personal Property**

Step (1) : $250,000 X 5% = $12,500

The loss, $5,000, does not exceed the deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for business personal property.

POLICY NUMBER: P-660-225X6166-TIL-96

COMMERCIAL PROPERTY
ISSUE DATE: 01-15-97

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2%, or 5%) |
|---|---|---|
| 1 | 2 | 2 |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used on this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings. Specific insurance covers item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

### WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

A. Specific Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1. Each building, if two or more buildings sustain loss or damage;

2. The building and to personal property in that building, if both sustain loss or damage.

3. Personal property at each building, if personal property at one or more buildings sustains loss or damage;

4. Personal property in the open.

B. Blanket Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us. This Deductible is calculated separately to:

1. Each building, if two or more buildings sustain loss or damage;

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

COMMERCIAL PROPERTY

2. The building and to personal property in that building, if both sustain loss or damage;

3. Personal property at each building, if personal property at two or more buildings sustains loss or damage.

4. Personal Property in the open.

C. All Policies

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance, after any reduction required by any of the following Coinsurance Condition Agreed Value Optional Coverage, Additional Condition—Need For Adequate Insurance or Additional Condition-Need for Full reports.

**EXAMPLES—APPLICATION OF DEDUCTIBLE:**

**Example #1-Specific Insurance**

The amounts of loss to the damages building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000)

The actual Limit of Insurance on the damages building is $70,000.

The Deductible is 1%.

Step (1) : $70,000 - $80,000 = 875

Step (2) : $60,000 X .875 = $52,500

Step (3) : $70,000 X 1% = $ 700

Step (4) : $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200 is not covered due to the Coinsurance penalty for inadequate insurance (steps (1) and (2)) and the application of the Deductible (steps (3) and (4).

**Example #2—Specific Insurance**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at the time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of



$100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The actual Limits of Insurance on the damages property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step (1): $80,000 X 2% = $1,600

Step (2) : $60,000 - $1,600 = $58,400

**Business Personal Property**

Step (1) : $64,000 X 2% = $1,280

Step (2) : $40,000 - $1,280 = $38,720

The most we will pay is $97,120. That portion of the total loss not covered due to application of the Deductible is $2,880.

**Example #3 — Blanket Insurance**

The sum of the values of Building #1 ($500,000) Building #2 ($500,000) and Building # 3 ($1,000,000), as shown in the most recent Statement of Values on file with us is $2,000,000.

The coinsurance percentage shown in the Declarations is 90; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations is $1,800,000 (therefore no Coinsurance penalty).

Building #1 and #2 have sustained damage the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

**Building #1**

Step (1) : $500,000 X 2% = $10,000

Step (2) : $40,000 - $10,000 = $30,000

**Building #2**

Step (1) : $500,000 X 2% = $10,000

Step (2) : $20,000 - $10,000 = $10,000

The most we will pay is $40,000. That portion of the total loss not covered due to application of the Deductible is $20,000.

**Example #4— Blanket Insurance**

The sum of the values of Building #1 (500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000), and Business Personal Property at Building #2 ($250,000), as shown in the

Copyright, ISO Commercial Risk Services, Inc., 1993

CP 03 21 03 94

COMMERCIAL PROPERTY

most recent Statement of Values on file with us is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%, the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2 shown in the Declarations, is $1,350,000. Therefore therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 5%.

**Building**

Step (1) : $500,000 X 5% = $25,000

Step (2) : $95,000 - $25,000 = $70,000

**Business Personal Property**

Step (1) : $250,000 X 5% = $12,500

The loss, $5,000, does not exceed the deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for business personal property.

One Tower Square, Hartford, Connecticut 06183

**TravelersInsurance**
A Member of *TravelersGroup*

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

POLICY NO.: P-660-225X6166-TIL-96
ISSUE DATE: 01-15-97

**DECLARATIONS PERIOD:** From 12-01-96 to 12-01-97   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1. LIMITS OF INSURANCE AND DEDUCTIBLE:**

CONTRACTOR'S EQUIPMENT COVERAGE–SPECIAL FORM

| Item No. | Description of Property | Limit of Insurance |
|----------|------------------------|--------------------|
| | ON FILE WITH THE TRAVELERS | $ 1,514,242 |
| | | $ |
| | | $ |
| | | $ |
| | Total | $ 1,514,242 |
| | Covered Property Not Described Above | $ N/A |
| | Total | $ 1,514,242 |
| | All Covered Property In Any One Occurrence | $ 1,514,242 |

Deductible: $ 250

**Property Leased or Rented to Others.**

Limits of Insurance:

Limit For Any One Item: $
In Any One Occurrence: $
Deductible: $

**Rental Expense**

Limit In Any One Occurrence: $
Annual Aggregate Limit: $

Deductible: ☐  Three (3) Working Days.
Other: ☐  Other:

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CM T0 01 07 86
Order # CM AO 06 05 93

Page 1 of 1

D03301

PRODUCER: SEITLIN & CO INS

FX243   OFFICE: ORLANDO

856

One Tower Square, Hartford, Connecticut 06183

**TravelersInsurance**
A Member of TravelersGroup

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS.**

**POLICY NUMBER:** P-6G0-225X6166-TIL-96
**ISSUE DATE:** 01-15-97

**DECLARATIONS PERIOD:** From 12-01-96 to 12-01-97    12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1. COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

### VALUABLE PAPERS AND RECORDS COVERAGE FORM

Premises Location Number    1              Building Number    1

**SPECIFICALLY DESCRIBED PROPERTY**

| Item No. | Description | Limit of Insurance |
|---|---|---|
| | | $ |
| | Description of Receptacle | Label or Class |

| Item No. | Description | Limit of Insurance |
|---|---|---|
| | | $ |
| | Description of Receptacle | Label or Class |

| Item No. | Description | Limit of Insurance |
|---|---|---|
| | | $ |
| | Description of Receptacle | Label or Class |

**ALL OTHER COVERED PROPERTY**

| Description of Receptacle | Label or Class | Limit of Insurance |
|---|---|---|
| UNKNOWN | UNLABLED | $    500,000 |

Property Away From Your Premises    $

Deductible    $    250

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CM T0 01 07 86

Order # CM A0 13 08 93

Page 1 of 1

PRODUCER: SEITLIN & CO INS          FX243    OFFICE: ORLANDO          856

One Tower Square, Hartford, Connecticut 06183

**TravelersInsurance**
A Member of *TravelersGroup*T

COMMERCIAL INLAND MARINE
COVERAGE PART DECLARATIONS

POLICY NUMBER: P-660-225X6166-TIL-96
ISSUE DATE: 01-15-97

DECLARATIONS PERIOD: From 12-01-96   to 12-01-97  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Decla:ations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Forms and the Coverage Forms shown below.

1. COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:

FINE ARTS COVERAGE — SPECIAL FORM

| A. YOUR PROPERTY AT YOUR PREMISES | Loc. No. 1 | Bldg. No. 1 | |
|---|---|---|---|
| 1. Specifically Described Property: | | | |

| Item Number | Description of Property | Limit of Insurance |
|---|---|---|
| 1. | ONE MIXED MEDIA ON CANVAS 44 X 39 | $ 4,300 |
| | | $ |
| | Subtotal | $ 4,300 |

2. Property At Your Premises That is
   Not Specifically Described Above:                    $ N/A

B. PROPERTY OF OTHERS AT YOUR PREMISES:               $ N/A

C. TOTAL OF ALL COVERED PROPERTY AT YOUR PREMISES:    $ 4,300

D. COVERED PROPERTY AWAY FROM YOUR PREMISES

   1. While At Another Location Described Below:

                                                       $

                                                       $

                                                       $

   2. Property While In Transit:                       $ N/A

E. DEDUCTIBLES:  $ 250       in any one occurrence.

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CM T0 01 07 86                                          Page 1 of 1

Order # CM T9 90 12 92

One Tower Square, Hartford, Connecticut  06183

**TravelersInsurance**
A Member of *TravelersGroupT*

COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS

POLICY NO.:  P-660-225X6166-TIL-96
ISSUE DATE:  01-15-97

**DECLARATIONS PERIOD:** From 12-01-96 to 12-01-97 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

   | | LIMITS OF INSURANCE |
   |---|---|
   | General Aggregate Limit (Other than Products-Completed Operations) | $ 1,000,000 |
   | Products-Completed Operations Aggregate Limit | $ 1,000,000 |
   | Personal & Advertising Injury Limit | $ 1,000,000 |
   | Each Occurrence Limit | $ 1,000,000 |
   | Fire Damage Limit (any one fire) | $ 50,000 |
   | Medical Expense Limit (any one person) | $ 5,000 |

2. **AUDIT PERIOD:**  ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

CG T0 01 03 94

Page 1 of 1

PRODUCER: SEITLIN & CO INS

003308

FX243   OFFICE: ORLANDO

856

**DECLARATIONS PREMIUM SCHEDULE**          **POLICY NUMBER:** P-660-225X6166-TIL-96

This Schedule applies to the Declarations for the period of   12-01-96   to   12-01-97

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|
| | 1/ | 1 CARPENTRY - NOC | | | | | |
| 001 | | 91342 | PREM/OPS | P | 1,150,000 | 15.000 | 17,250 |
| 002 | | | PROD/C-OPS | P | 1,150,000 | 1.282 | 1,474 |
| | 1/ | 1 CONTRACTORS - EXECUTIVE SUPERVISORS OR EXECUTIVE SUPERINTENDENTS INCLUDING COMPLETED OPERATIONS | | | | | |
| 003 | | 91580 | PREM/OPS | P | 826,500 | 28.470 | 23,530 |
| | 1/ | 1 CONTRACTORS - SUBCONTRACTED WORK - IN CONNECTION WITH CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION OF BUILDINGS - NOC | | | | | |
| 004 | | 91585 | PREM/OPS | C | 42,750,000 | .280 | 11,970 |
| 005 | | | PROD/C-OPS | C | 42,750,000 | .799 | 34,157 |
| | 1/ | 1 DRIVEWAY, PARKING AREA OR SIDEWALK - PAVING OR REPAVING | | | | | |
| 006 | | 92215 | PREM/OPS | P IF ANY | | 8.000 | |
| 007 | | | PROD/C-OPS | P IF ANY | | 1.790 | |
| | 2/ | 3 CONTRACTORS PERMANENT YARDS - MAINTENANCE OR STORAGE OF EQUIPMENT OR MATERIAL INCLUDING COMPLETED OPERATIONS | | | | | |
| 008 | | 91590 | PREM/OPS | P IF ANY | | 7.199 | |
| | | COVERAGE PART TOTAL | | | | | 88,381 |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

CG T0 07 09 87                                    PAGE   1 (END)
003310

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: P-660-225X6166-TIL-96

ISSUE DATE: 01-15-97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

**Name of Person or Organization:**

BLANKET AS REQUIRED BY WRITTEN CONTRACT

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV-COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or your work done under a contract with that person or organization and included in the "products-completed operations hazards." This waiver applies only to the person or organization shown in the Schedule above.

CG 24 04 10 93

D0331 1

Copyright, Insurance Services Office, Inc., 1992

Page 1 of 1

POLICY NUMBER: P-660-225X6166-TIL-96

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 01-15-97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE - EXCESS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A. SCHEDULE**

**Designated Insured**

    MILLER & SOLOMON GENERAL CONTRACTORS,
    INC.
    ROSARO EQUIPMENT, INC.
    KLK DEVELOPMENT, INC.
    DATATRONICS, INC.
    MILLER & SOLOMON RESIDENTIAL CORP.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**B. PROVISIONS**

Any other insurance available to the insured designated above shall be considered to be excess of this insurance and this insurance shall apply as primary.

CG T3 48 07 86

003318

Page 1 of 1

RECORDS RETENTION    CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

**TravelersInsurance**
A Member of *TravelersGroup*

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
MILLER & SOLOMON GENERAL
CONTRACTORS, INC.

Policy Number: P-660-225X6166-TIL-96
Policy Effective Date: 12/01/96
Issue Date: 04/01/97
Return Premium $ 473

Effective from 12/01/96 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

COMMON POLICY DECLARATIONS IL TO 02 11 89:
LOCATION SCHEDULE IL TO 03 04 96:

DELETING LOC 1, BLDG 2 AND ALL APPLICABLE COVERAGES AND FORMS.

BLANKET LIMIT OF INSURANCE FOR BLANKET LIMIT 1 IS AMENDED TO:   $168,750
BLANLET LIMIT OF INSURANCE FOR BLANKET LIMIT 2 IS AMENDED TO:   $225,000

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

DECLARATIONS PREMIUM SCHEDULE IS AMENDED TO DELETE:
OPN NO:  006/007
LOC/BLDG NO:  001/001
CLASS DESCRIPT/CODE NO:  92215

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

THE LIMIT OF INSURANCE FOR CONTRACTOR'S EQUIPMENT COVERAGE IS AMENDED
TO READ:  $1,438,907.

ADDING DATA PROCESSING EQUIPMENT & MEDIA COVERAGE PER CM AO 02 06 92
AND CM TI 04 06 92

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 12/01/96      $ 122 CR
DUE ON 01/01/97      $ SEE IL TO 30

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:
SEITLIN & CO INS (FX243)
PO BOX 025220
MIAMI, FL 331025220                           _____
                                              Authorized Representative
                                              DATE: _____

IL TO 07 09 87    PAGE  1 OF  2               OFFICE: ORLANDO

00378q

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003
The Travelers Indemnity Company
The Aetna Casualty and Surety Company
Members of *TravelersGroup*

TAXES AND SURCHARGES

POLICY NUMBER: P-660-225X6166-TIL-96

CHANGE EFFECTIVE DATE: 12/01/96

ISSUE DATE: 04/01/97

DESCRIPTION

AMOUNT

FLORIDA INSURANCE PREMIUM SURCHARGE

1.00 CR

IL TO 07 09 87        PAGE  2 OF  2

OFFICE: ORLANDO              856
PRODUCER NAME: SEITLIN & CO INS

FX243

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

## TravelersInsurance
A Member of TravelersGroup

POLICY NUMBER: P-660-225X6166-TIL-96

EFFECTIVE DATE: 12-01-96

ISSUE DATE: 04-01-97

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

INTERLINE

| IL TO 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL TO 30 12 90 | NON-STANDARD PAYMENT SCHEDULE |

INLAND MARINE

| CM AO 02 06 92 | DATA PROCESSING EQUIP & MEDIA DEC |
| CM T1 04 06 92 | DATA PROCESSING EQUIP & MEDIA COV FORM |

IL T8 01 10 93

003783

PAGE :   1  OF   1

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

OVERPRINT/CHANGE SLIP     PAGE   1 OF   1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73          ISSUE DATE: 04/01/97

CONTRACTORS

EFFECTIVE DATE :   12/01/96
EXPIRATION DATE : 12/01/97
CHANGE EFFECTIVE DATE : 12/01/96

INSUREDS NAME : MILLER & SOLOMON GENERAL
                CONTRACTORS, INC.

PRORATA FACTOR: 1.000                    SHORT RATE FACTOR: 1.000

NEW/RENEWAL: N                           PAYMODE: N

SOLICITOR CODE:                          AUDIT FREQUENCY: A

SAI: 283903038                           RESPONSIBILITY: P

MSI:                                     WATCH FILE: O

RATING MODE: G                           SURVEY CODE: 2

SPECIAL CODE:                            REINSURANCE: N

PROGRAM CODE: 8C4                        AUTO FILINGS:

FEDERAL TAX ID:

PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|------|---------------|-----------|---------|-------------|-------|
|      | 0497 | 12/01/96 | 121.00 CR | 1.00 CR | 122.00 CR |
|      | 0497 | 01/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0497 | 02/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0497 | 03/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0497 | 04/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0597 | 05/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0697 | 06/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0797 | 07/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0897 | 08/01/97 | 39.00 CR | 0.00 | 39.00 CR |
|      | 0997 | 09/01/97 | 39.00 CR | 0.00 | 39.00 CR |

TOTAL :     472.00 CR        1.00 CR        473.00 CR

OFFICE: ORLANDO              856
PRODUCER NAME: SEITLIN & CO INS              FX243

003753

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

**TravelersInsurance**
A Member of *TravelersGroup*

PREMIUM SPLIT FORM    PAGE  1 OF  1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73    ISSUE DATE: 04/01/97

| ACCOUNT MONTH | EFFECTIVE DATE | COMM ITEM NC 93 PREMIUM | COMM ITEM .1500 PREM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM |
|---|---|---|---|---|---|
| 0497 | 12/01/96 | 1.00 CR | 121 CR | | |
| 0497 | 01/01/97 | 0.00 | 39 CR | | |
| 0497 | 02/01/97 | 0.00 | 39 CR | | |
| 0497 | 03/01/97 | 0.00 | 39 CR | | |
| 0497 | 04/01/97 | 0.00 | 39 CR | | |
| 0597 | 05/01/97 | 0.00 | 39 CR | | |
| 0697 | 06/01/97 | 0.00 | 39 CR | | |
| 0797 | 07/01/97 | 0.00 | 39 CR | | |
| 0897 | 08/01/97 | 0.00 | 39 CR | | |
| 0997 | 09/01/97 | 0.00 | 39 CR | | |
| | TOTAL: | 1.00 CR | 472 CR | | |

93=FLS

OFFICE: ORLANDO          856
PRODUCER NAME: SEITLIN & CO INS          FX243

003756

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: P-660-225X6166-TIL-96
EFFECTIVE DATE:   12/01/96
ISSUE DATE: 04/01/97

| PAYMENT DUE DATES | AMOUNT | |
|---|---|---|
| 12/01/96 | 122.00 | CR |
| 01/01/97 | 39.00 | CR |
| 02/01/97 | 39.00 | CR |
| 03/01/97 | 39.00 | CR |
| 04/01/97 | 39.00 | CR |
| 05/01/97 | 39.00 | CR |
| 06/01/97 | 39.00 | CR |
| 07/01/97 | 39.00 | CR |
| 08/01/97 | 39.00 | CR |
| 09/01/97 | 39.00 | CR |

IL TO 30 12 90     PAGE   1 OF   1

OFFICE: ORLANDO                856
PRODUCER NAME: SEITLIN & CO. INS                    FX243

003785

**Travelers**Insurance
A Member of *TravelersGroup*T

One Tower Square, Hartford, Connecticut 06183

**COMMERCIAL INLAND MARINE**          POLICY NO:P-660-225X6166-TIL-96
**COVERAGE PART DECLARATIONS**         ISSUE DATE: 04-01-97

DECLARATIONS PERIOD: From 12-01-96 to 12-01-97 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these declarations, the Commercial Inland Marine Conditions form and the Coverage Forms shown below.

1. COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:

### DATA PROCESSING EQUIPMENT AND MEDIA COVERAGE FORM

| Premises Location Number | Building Number |
|---|---|
| 1 | 1 |

**EQUIPMENT**

**a. Specifically Described Equipment**

| Item No. | Description of Equipment | Limit of Insurance |
|---|---|---|
| | AS PER SCHEDULE ON FILE WITH THE COMPANY | $ 260,000 |
| | | $ |

| b. All Other Covered Equipment | $ NOT COVERED |
|---|---|
| | Total Equipment: $ 260,000 |

**DATA AND MEDIA**

**a. Specifically Described Data and Media**

| Item No. | Description | Limit of Insurance |
|---|---|---|
| | | $ |
| | | $ |

| b. All other Covered data and Media | | $ |
|---|---|---|
| | Total Data And Media | $ |
| Property in Transit or Away From Premises | | $ |

Deductible (Other than Equipment Failure): $1,000

Deductible (Equipment Failure Coverages): $1,000

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CM TO 01 07 86                                                    Page 1 of 1
Order # CM A0 02 06 92

003796    PRODUCER: SEITLIN & CO INS          FX243    OFFICE: ORLANDO    856

RECORDS RETENTION

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

**TravelersInsurance**
A Member of TravelersGroup

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
MILLER & SOLOMON GENERAL
CONTRACTORS, INC.

Policy Number: P-660-225X616G-TIL-96
Policy Effective Date: 12/01/96
Issue Date: 04/01/97
Return Premium $ 473

Effective from 12/01/96 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

COMMON POLICY DECLARATIONS IL TO 02 11 89:
LOCATION SCHEDULE IL TO 03 04 96:

DELETING LOC 1, BLDG 2 AND ALL APPLICABLE COVERAGES AND FORMS.

BLANKET LIMIT OF INSURANCE FOR BLANKET LIMIT 1 IS AMENDED TO:  $168,750
BLANKET LIMIT OF INSURANCE FOR BLANKET LIMIT 2 IS AMENDED TO:  $225,000

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

DECLARATIONS PREMIUM SCHEDULE IS AMENDED TO DELETE:
OPN NO:   006/007
LOC/BLDG NO:   001/001
CLASS DESCRIPT/CODE NO:   92215

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

THE LIMIT OF INSURANCE FOR CONTRACTOR'S EQUIPMENT COVERAGE IS AMENDED
TO READ:   $1,438,907.

ADDING DATA PROCESSING EQUIPMENT & MEDIA COVERAGE PER CM AO D2 06 92
AND CM T1 04 06 92

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 12/01/96     $ 122 CR
DUE ON 01/01/97     $ SEE IL TO 30

NAME AND ADDRESS OF AGENT OR BROKER:
SEITLIN & CO INS (FX243)
PO BOX 025220
MIAMI, FL 331025220

COUNTERSIGNED BY:

Authorized Representative
DATE: _____

IL TO 07 09 87   PAGE 1 OF  2

OFFICE: ORLANDO

0C3743

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003
The Travelers Indemnity Company
The Aetna Casualty and Surety Company
Members of TravelersGroup

TAXES AND SURCHARGES

POLICY NUMBER: P-660-225X6166-TIL-96

CHANGE EFFECTIVE DATE: 12/01/96

ISSUE DATE: 04/01/97

| DESCRIPTION | AMOUNT |
|---|---|
| FLORIDA INSURANCE PREMIUM SURCHARGE | 1.00 CR |

IL TO 07 09 87      PAGE  2 OF  2

OFFICE: ORLANDO                    856
PRODUCER NAME: SEITLIN & CO INS              FX243

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

**TravelersInsurance**
A Member of *TravelersGroup*

POLICY NUMBER:  P-660-225X6166-TIL-96

EFFECTIVE DATE:  12-01-96

ISSUE DATE:  04-01-97

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

INTERLINE

| IL TO 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL TO 30 12 90 | NON-STANDARD PAYMENT SCHEDULE |

INLAND MARINE

| CM AO 02 06 92 | DATA PROCESSING EQUIP & MEDIA DEC |
| CM T1 04 06 92 | DATA PROCESSING EQUIP & MEDIA COV FORM |

IL T8 01 10 93

003744

PAGE :   1 OF   1

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

OVERPRINT/CHANGE SLIP     PAGE  1  OF  1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73          ISSUE DATE: 04/01/97

CONTRACTORS

EFFECTIVE DATE:  12/01/96
EXPIRATION DATE: 12/01/97
CHANGE EFFECTIVE DATE: 12/01/96

INSUREDS NAME: MILLER & SOLOMON GENERAL
              CONTRACTORS, INC.

PRORATA FACTOR: 1.000              SHORT RATE FACTOR: 1.000

NEW/RENEWAL: N                     PAYMODE: N

SOLICITOR CODE:                    AUDIT FREQUENCY: A

SAI: 283903038                     RESPONSIBILITY: P

MSI:                               WATCH FILE: O

RATING MODE: G                     SURVEY CODE: 2

SPECIAL CODE:                      REINSURANCE: N

PROGRAM CODE: 8C4                  AUTO FILINGS:

FEDERAL TAX ID:

PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|------|------|------|------|------|------|
| | 0497 | 12/01/96 | 121.00 CR | 1.00 CR | 122.00 CR |
| | 0497 | 01/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0497 | 02/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0497 | 03/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0497 | 04/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0597 | 05/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0697 | 06/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0797 | 07/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0897 | 08/01/97 | 39.00 CR | 0.00 | 39.00 CR |
| | 0997 | 09/01/97 | 39.00 CR | 0.00 | 39.00 CR |

TOTAL:          472.00 CR         1.00 CR         473.00 CR

OFFICE: ORLANDO              856
PRODUCER NAME: SEITLIN & CO INS              FX243

003745

CHANGE EFFECTIVE DATE: 12-01-96
CHANGE ENDORSEMENT NUMBER: 0003

**TravelersInsurance**
A Member of *TravelersGroup*T

PREMIUM SPLIT FORM    PAGE   1 OF   1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73    ISSUE DATE: 04/01/97

| ACCOUNT MONTH | EFFECTIVE DATE | COMM ITEM NC   93 PREMIUM | COMM ITEM .1500 PREM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM |
|---|---|---|---|---|---|
| 0497 | 12/01/96 | 1 .00 CR | 121 CR | | |
| 0497 | 01/01/97 | 0.00 | 39 CR | | |
| 0497 | 02/01/97 | 0.00 | 39 CR | | |
| 0497 | 03/01/97 | 0.00 | 39 CR | | |
| 0497 | 04/01/97 | 0.00 | 39 CR | | |
| 0597 | 05/01/97 | 0.00 | 39 CR | | |
| 0697 | 06/01/97 | 0.00 | 39 CR | | |
| 0797 | 07/01/97 | 0.00 | 39 CR | | |
| 0897 | 08/01/97 | 0.00 | 39 CR | | |
| 0997 | 09/01/97 | 0.00 | 39 CR | | |
| TOTAL : | | 1 .00 CR | 472 CR | | |

93*FLS

OFFICE : ORLANDO          856
PRODUCER NAME : SEITLIN & CO INS          FX243

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: P-660-225X6166-TIL-96
EFFECTIVE DATE:  12/01/96
ISSUE DATE: 04/01/97

| PAYMENT DUE DATES | AMOUNT | |
|---|---|---|
| 12/01/96 | 122.00 | CR |
| 01/01/97 | 39.00 | CR |
| 02/01/97 | 39.00 | CR |
| 03/01/97 | 39.00 | CR |
| 04/01/97 | 39.00 | CR |
| 05/01/97 | 39.00 | CR |
| 06/01/97 | 39.00 | CR |
| 07/01/97 | 39.00 | CR |
| 08/01/97 | 39.00 | CR |
| 09/01/97 | 39.00 | CR |

IL TO 30 12 90        PAGE  1  OF  1

OFFICE: ORLANDO                856
PRODUCER NAME: SEITLIN & CO INS                    FX243

003747

61 of 205

One Tower Square, Hartford, Connecticut 06183

**TravelersInsurance**
A Member of *TravelersGroup*

COMMERCIAL INLAND MARINE
COVERAGE PART DECLARATIONS

POLICY NO: P-660-225X6166-TIL-96
ISSUE DATE: 04-01-97

DECLARATIONS PERIOD: From 12-01-96 to 12-01-97 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these declarations, the Commercial Inland Marine Conditions form and the Coverage Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

### DATA PROCESSING EQUIPMENT AND MEDIA COVERAGE FORM

Premises Location Number
1

Building Number
1

**EQUIPMENT**

a. Specifically Described Equipment

| Item No. | Description of Equipment | Limit of Insurance |
|---|---|---|
| | AS PER SCHEDULE ON FILE WITH THE COMPANY | $  260,000 |
| | | $ |
| b. All Other Covered Equipment | | $  NOT COVERED |
| | Total Equipment: | $  260,000 |

**DATA AND MEDIA**

a. Specifically Described Data and Media

| Item No. | Description | Limit of Insurance |
|---|---|---|
| | | $ |
| | | $ |
| b. All other Covered data and Media | Total Data And Media | $ |
| Property in Transit or Away From Premises | | $ |
| | | $ |

Deductible (Other than Equipment Failure): $1,000

Deductible (Equipment Failure Coverages): $1,000

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

Page 1 of 1

CM TO 01 07 86
Order # CM AO 02 06 92

003748

PRODUCER: SEITLIN & CO INS

FX243   OFFICE: ORLANDO

856

One Tower Square, Hartford, Connecticut 06183

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

**Travelers Property Casualty**
a Member of TravelersGroup

**LENDER'S CERTIFICATE OF INSURANCE – FORM A**
Issue Date: 09-24-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:** CATERPILLAR FINANCIAL SERVICES CORP
   INSURANCE SERVICE CENTER
   P.O. BOX 1400
   CORAPOLIS        PA 15108

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
   CONTRACTORS, INC.
   8491 NW 17TH ST.
   STE K & L
   MIAMI        FL 33126

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96 to 12-01-97

5. **INSURING COMPANY:** THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

   Buildings or Personal Property - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | LEASED MUSTANG 20/60 TRACTOR S/#SE96D000439 | $ 23,411 | $ 250 |

   Coverage - Covered Causes of Loss: ____ Basic Form ____ Broad Form __X__ Special Form
   ____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL T0 10 04 94

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

**8.** **NOTICE OF CANCELLATION** —  If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

**9.** **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

**Travelers Property Casualty**
A Member of Travelers Group

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 09-24-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:** SPACE MASTER BUILDINGS
2732 W. 84TH STREET
HIALEAH                FL 33016

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
CONTRACTORS, INC.
8491 NW 17TH ST.
STE K & L
MIAMI                  FL 33126

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96  to  12-01-97

5. **INSURING COMPANY:**  THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

**Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | 1992 SPACE MASTER TRAILER UNIT S/#K0109217909 | $ 9,340 | $ 250 |

Coverage - Covered Causes of Loss: ____ Basic Form   ____ Broad Form   __X__ Special Form
____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL T0 10 04 94

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this Insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

               Signature of Authorized Representative

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

**Travelers Property Casualty**
A Member of Travelers Group

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 09-24-97

Policy Number: P-660-225X6166-TIL-96

**1. CERTIFICATE HOLDER:** SPACE MASTER BUILDINGS
2732 W. 84TH STREET
HIALEAH                    FL 33016

**2. NAMED INSURED:** MILLER & SOLOMON GENERAL
CONTRACTORS, INC.
8491 NW 17TH ST.
STE K & L
MIAMI                    FL 33126

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in Item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 12-01-96  to  12-01-97

**5. INSURING COMPANY:**  THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

**6. INSURANCE**

Buildings or Personal Property - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | 1995 SPACE MASTER TRAILER UNIT #32603 S#2603 | $ 6,220 | $ 250 |

Coverage - Covered Causes of Loss:  _____ Basic Form  _____ Broad Form  **X**  Special Form
_____ Deluxe Property Form

**7. SPECIAL PROVISIONS (if any):**

IL TO 10 04 94                                                                 Page 1 of 2

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL TO 10 04 94

Page 2 of 2

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

**Travelers Property Casualty**
A Member of Travelers Group

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 09-24-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:**  SPACE MASTER INTERNATIONAL, INC.
6100 NORTH MILITARY TRAIL
WEST PALM BEACH          FL 33407

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
CONTRACTORS, INC.
8491 NW 17TH ST.
STE K & L
MIAMI                    FL 33126

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96  to  12-01-97

5. **INSURING COMPANY:**  THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

   Buildings or Personal Property - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | 1997 LEASED OFFICE TRAILER - ID #5735 - UNIT #33924  LEASE AGREEMENT #97551 | $ 41,972 | $ 250 |
| | | 1997 LEASE OFFICE TRAILER - ID #6014 - UNIT #34425 - LEASE AGREEMENT #94100 VALUED @ 20,986 EA. | | |

   Coverage - Covered Causes of Loss: ____ Basic Form  ____ Broad Form  __X__ Special Form
   ____ Deluxe Property Form

7. **SPECIAL PROVISIONS (if any):**

   ANY QUESTIONS, PLEASE CONTACT:
   SEITLIN & CO. INS AT (305) 591-0090

IL TO 10 04 94

DO8404

CHANGE EFFECTIVE DATE: 07-07-97
CHANGE ENDORSEMENT NUMBER: 0007

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this Insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY:  _____
Signature of Authorized Representative

IL T0 10 04 94                                                                    Page 2 of 2

RECORDS RETENTION

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

**TravelersInsurance**
A Member of *TravelersGroup*T

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
MILLER & SOLOMON GENERAL
CONTRACTORS, INC.

Policy Number: P-660-225X6166-TIL-96
Policy Effective Date: 12/01/96
Issue Date: 04/01/97
Additional Premium $ 23

Effective from 02/20/97 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

CONTRACTORS EQUIPMENT SPECIAL FORM, CM TO 01 07 86 IS AMENDED TO
ADD:

(1) 1995 SPACE MASTER TRAILER UNIT #32603 S#2603 VALUED AT $6,220.

TOTAL LIMIT OF INSURANCE IS INCREASED TO: $1,477,878

ADDING SPACE MASTER BUILDINGS AS A LOSS PAYEE AND ADDITIONAL
INSURED PER THE ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 02/20/97     $ 23
DUE ON 00/00/00     $ SEE IL TO 30

NAME AND ADDRESS OF AGENT OR BROKER:
SEITLIN & CO INS (FX243)
PO BOX 025220
MIAMI, FL 331025220

COUNTERSIGNED BY:

_____
Authorized Representative
DATE : _____

IL TO 07 09 87     PAGE 1 OF 1

OFFICE: ORLANDO

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

**TravelersInsurance**
A Member of *TravelersGroup*

POLICY NUMBER:  P-660-225X6166-TIL-96

EFFECTIVE DATE:  12-01-96

ISSUE DATE:   04-01-97

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

INTERLINE

    IL TO 07 09 87    CHANGE ENDORSEMENT
    IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
    IL TO 30 12 90    NON-STANDARD PAYMENT SCHEDULE

INLAND MARINE

    CM AO 06 05 93    CONTRACTORS EQUIP COVG-SPECIAL DEC
    CM T8 94 09 93    LOSS PAYABLE PROVISIONS

INTERLINE ENDORSEMENTS

    IL TO 10 04 94    LENDER'S CERTIFICATE  OF INSURANCE-FORM A

IL T8 01 10 93

003770

PAGE :    1 OF    1

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

OVERPRINT/CHANGE SLIP      PAGE  1 OF  1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73        ISSUE DATE: 04/01/97

CONTRACTORS

EFFECTIVE DATE :  12/01/96
EXPIRATION DATE : 12/01/97
CHANGE EFFECTIVE DATE: 02/20/97

INSUREDS NAME: MILLER & SOLOMON GENERAL
              CONTRACTORS, INC.

PRORATA FACTOR: 0.778                    SHORT RATE FACTOR: 0.778

NEW/RENEWAL: N                           PAYMODE: N

SOLICITOR CODE:                          AUDIT FREQUENCY  A

SAI: 283903036                           RESPONSIBILITY: P

MSI:                                     WATCH FILE: O

RATING MODE: G                           SURVEY CODE: 2

SPECIAL CODE:                            REINSURANCE: N

PROGRAM CODE: 8C4                        AUTO FILINGS:

FEDERAL TAX ID:

PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|------|---------------|-----------|---------|-------------|-------|
|      | 0497          | 02/20/97  | 23.00   | 0.00        | 23.00 |
|      |       TOTAL : |           | 23.00   | 0.00        | 23.00 |

OFFICE: ORLANDO                   856
PRODUCER NAME: SEITLIN & CO INS                   FX243

003771

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

**TravelersInsurance**
A Member of TravelersGroup

PREMIUM SPLIT FORM     PAGE   1 OF   1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73      ISSUE DATE: 04/01/97

| ACCOUNT MONTH | EFFECTIVE DATE | COMM ITEM 1500 PREM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM |
|---|---|---|---|---|---|
| 0497 | 02/20/97 | 23 | | | |

OFFICE: ORLANDO                856
PRODUCER NAME: SEITLIN & CO INS              FX243

003772

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: P-660-225X6166-TIL-96
EFFECTIVE DATE: 12/01/96
ISSUE DATE: 04/01/97

| PAYMENT DUE DATES | AMOUNT |
|---|---|
| 02/20/97 | 23.00 |

IL TO 30 12 90        PAGE  1  OF  1

OFFICE: ORLANDO                      856
PRODUCER NAME: SEITLIN & CO INS.                    FX243

003773

**Travelers**Insurance
A Member of *TravelersGroup*⌐

One Tower Square, Hartford, Connecticut 06183

COMMERCIAL INLAND MARINE               POLICY NO.: P-660-225X6166-TIL-96
COVERAGE PART DECLARATIONS             ISSUE DATE: 04-01-97

DECLARATIONS PERIOD: From 12-01-96 to 12-01-97   12:01 A.M. Standard Time at your mailing address
shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine
Conditions Form and the Coverage Forms shown below.

1. LIMITS OF INSURANCE AND DEDUCTIBLE:

CONTRACTOR'S EQUIPMENT COVERAGE—SPECIAL FORM

| Item No. | Description of Property | Limit of Insurance |
|---|---|---|
| | ON FILE WITH THE TRAVELERS | $ 1,477,878 |
| | | $ |
| | | $ |
| | | $ |
| | Total | $ 1,477,878 |
| Covered Property Not Described Above | | $ N/A |
| | Total | $ 1,477,878 |

All Covered Property in Any One Occurrence                              $ 1,477,878
Deductible: $ 250

Property Leased or Rented to Others.
Limits of Insurance:

   Limit For Any One Item:                                              $
   In Any One Occurrence:                                              $
   Deductible: $

Rental Expense
   Limit In Any One Occurrence:                                        $
   Annual Aggregate Limit:                                             $

   Deductible: ☐   Three (3) Working Days.
   Other: ☐   Other:

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART
ARE ATTACHED AS A SEPARATE LISTING.

CM T0 01 07 86                                                          Page 1 of 1
Order # CM AC 06 05 93

COMMERCIAL INLAND MARINE
ISSUE DATE: 04-01-97

POLICY NUMBER: P-660-225X6166-TIL-96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

CONTRACTORS EQUIPMENT

Loss Payable–For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

## SCHEDULE

Form or
Endorsement No.

CM TO 01 07 86

| Item No. , If any or Description of Property | Loss Payee (Name and Address) |
|---|---|
| LEASED MUSTANG 20/60 TRACTOR S#SE96D000439 | CATERPILLAR FINANCIAL SERVICES CORP INSURANCE SERVICE CENTER<br><br>P.O. BOX 1400<br><br>CORAPOLIS                    PA 15108 |

CM T8 94 09 93

Page 1 of 1

oc3778

POLICY NUMBER: P-660-225X6166-TIL-96

COMMERCIAL INLAND MARINE
ISSUE DATE: 04-01-97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

CONTRACTORS EQUIPMENT

**Loss Payable—For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:**

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

SCHEDULE

**Form or
Endorsement No.**

CM TO 01 07 86

**Item No., If any or
Description of Property**

1992 SPACE MASTER TRAILER UNIT
S#K0109217909

**Loss Payee
(Name and Address)**

SPACE MASTER BUILDINGS

2732 W. 84TH STREET

HIALEAH                    FL 33016

CM T8 94 09 93

Page 1 of 1

POLICY NUMBER: P-660-225X6166-TIL-96

COMMERCIAL INLAND MARINE
ISSUE DATE: 04-01-97

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

CONTRACTORS EQUIPMENT

**Loss Payable–For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:**

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

### SCHEDULE

| Form or Endorsement No. | | |
|---|---|---|
| CM TO 01 07 86 | | |

| Item No. , If any or Description of Property | Loss Payee (Name and Address) |
|---|---|
| 1995 SPACE MASTER TRAILER UNIT #32603 S/#2603 | SPACE MASTER BUILDINGS |
| | 2732 W. 84TH STREET |
| | HIALEAH          FL  33016 |

CM TB 94 09 93

Page 1 of 1

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0005

**TravelersInsurance**
A Member of TravelersGroupT

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 04-01-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:** CATERPILLAR FINANCIAL SERVICES CORP
   INSURANCE SERVICE CENTER
   P.O. BOX 1400
   CORAPOLIS                    PA 15108

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
   CONTRACTORS, INC.
   8491 NW 17TH ST.
   STE K & L
   MIAMI                        FL 33126

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96 to 12-01-97

5. **INSURING COMPANY:** THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached) for the property described below:

| Loc.<br>No. | Bldg.<br>No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | LEASED MUSTANG 20/60 TRACTOR<br>S#SE96D000439 | $ 23,411 | $ 250 |

   Coverage - Covered Causes of Loss: ____ Basic Form  ____ Broad Form  _X_ Special Form
   ____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

8. **NOTICE OF CANCELLATION** – If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** – As defined in the policy, the words "we," "us" and "our" refer to the Company providing this Insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
              Signature of Authorized Representative

IL T0 10 04 94                                                      Page 2 of 2

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

**TravelersInsurance**
A Member of TravelersGroup

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**
Issue Date: 04-01-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:** SPACE MASTER BUILDINGS
2732 W. 84TH STREET
HIALEAH      FL 33016

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
CONTRACTORS, INC.
8491 NW 17TH ST.
STE K & L
MIAMI      FL 33126

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96 to 12-01-97

5. **INSURING COMPANY:** THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | 1992 SPACE MASTER TRAILER UNIT S#KO109217909 | $ 9,340 | $ 250 |

Coverage - Covered Causes of Loss: ____ Basic Form ____ Broad Form __X__ Special Form
____ Deluxe Property Form

7. **SPECIAL PROVISIONS (if any):**

IL TO 10 04 94

Page 1 of 2

0C3776

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0008

**TravelersInsurance**
A Member of *TravelersGroup*T

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 04-01-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:** SPACE MASTER BUILDINGS
2732 W. 84TH STREET
HIALEAH               FL 33016

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
CONTRACTORS, INC.
8491 NW 17TH ST.
STE K & L
MIAMI                FL 33126

3. **CERTIFICATION** – We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6; below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96   to   12-01-97

5. **INSURING COMPANY:** THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|-------------------------|--------------------|------|
|          |           | 1995 SPACE MASTER TRAILER UNIT #32603 S#2603 | $ 6,220 | $ 250 |

   Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form __X__ Special Form
   _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL TO 10 04 94

CHANGE EFFECTIVE DATE: 02-20-97
CHANGE ENDORSEMENT NUMBER: 0006

8.  NOTICE OF CANCELLATION — If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  DEFINITIONS — As defined in the policy, the words we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY:  _____

Signature of Authorized Representative

IL T0 10 04 94                                                    Page 2 of 2

RECORDS RETENTION

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

**TravelersInsurance**
A Member of *TravelersGroup*

One Tower Square, Hartford, Connecticut  06183

CHANGE ENDORSEMENT

*Named Insured:*
MILLER & SOLOMON GENERAL
CONTRACTORS, INC.

Policy Number: P-660-225X6166-TIL-96
Policy Effective Date: 12/01/96
Issue Date: 04/01/97
Additional Premium $ 351

Effective from 02/12/97 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

CONTRACTORS EQUIPMENT COVERAGE, SPECIAL FORM CM TO 01 07 86 IS
AMENDED TO ADD:

(1) 1992 SPACE MASTER TRAILER UNIT #22966 VALUED AT $9,340.

TOTAL LIMIT OF INSURANCE IS INCREASED TO:  $1,471,658

ADDING SPACE MASTER BUILDINGS AS A LOSS PAYEE AND ADDITIONAL
INSURED PER THE ATTACHED FORMS.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 02/12/97      $ 148
DUE ON 03/01/97      $ SEE IL TO 30

NAME AND ADDRESS OF AGENT OR BROKER:
SEITLIN & CO INS (FX243)
PO BOX 025220
MIAMI, FL 331025220

COUNTERSIGNED BY:

Authorized Representative
DATE : _____

IL TO 07 09 87    PAGE  1 OF  1

OFFICE: ORLANDO

003758

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

**TravelersInsurance**
A Member of TravelersGroupT

POLICY NUMBER: P-660-225X6166-TIL-96

EFFECTIVE DATE: 12-01-96

ISSUE DATE: 04-01-97

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

INTERLINE

IL TO 07 09 87     CHANGE ENDORSEMENT
IL T8 01 10 93     FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL TO 30 12 90     NON-STANDARD PAYMENT SCHEDULE

INLAND MARINE

CM AO 06 05 93     CONTRACTORS EQUIP COVG-SPECIAL DEC
CM T8 94 09 93     LOSS PAYABLE PROVISIONS
CM T8 83 12 9C     ADDITIONAL INSURED

INTERLINE ENDORSEMENTS

IL TO 10 04 94     LENDERS CERTIFICATE  OF INSURANCE-FORM A

IL T8 01 10 93

PAGE :   1 OF   1

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

OVERPRINT/CHANGE SLIP    PAGE  1 OF  1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73        ISSUE DATE: 04/C1/97

CONTRACTORS

EFFECTIVE DATE:  12/01/96
EXPIRATION DATE: 12/01/97
CHANGE EFFECTIVE DATE: 02/12/97

INSUREDS NAME: MILLER & SOLOMON GENERAL
              CONTRACTORS, INC.

PRORATA FACTOR: 0.800                SHORT RATE FACTOR: 0.800

NEW/RENEWAL: N                       PAYMODE: N

SOLICITOR CODE:                      AUDIT FREQUENCY: A

SAI: 2839D3038                       RESPONSIBILITY: P

MSI:                                 WATCH FILE: O

RATING MODE: G                       SURVEY CODE: 2

SPECIAL CODE:                        REINSURANCE: N

PROGRAM CODE: 8C4                    AUTO FILINGS:

FEDERAL TAX ID:

PREMIUM SUMMARY

| S.B. | ACCOUNT MONTH | EFF. DATE | PREMIUM | NON PREMIUM | TOTAL |
|------|---------------|-----------|---------|-------------|-------|
|      | 0497 | 02/12/97 | 148.00 | 0.00 | 148.00 |
|      | 0497 | 03/01/97 | 29.00 | 0.00 | 29.00 |
|      | 0497 | 04/01/97 | 29.00 | 0.00 | 29.00 |
|      | 0597 | 05/01/97 | 29.00 | 0.00 | 29.00 |
|      | 0697 | 06/01/97 | 29.00 | 0.00 | 29.00 |
|      | 0797 | 07/01/97 | 29.00 | 0.00 | 29.00 |
|      | 0897 | 08/01/97 | 29.00 | 0.00 | 29.00 |
|      | 0997 | 09/01/97 | 29.00 | 0.00 | 29.00 |

TOTAL:        351.00        0.00        351.00

OFFICE: ORLANDO          856
PRODUCER NAME: SEITLIN & CO INS          FX243

003780

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

**TravelersInsurance**
A Member of *TravelersGroup*

PREMIUM SPLIT FORM    PAGE   1 OF   1

POLICY NUMBER: P-660-225X6166-TIL-96

RATER: KB73    ISSUE DATE: 04/01/97

| ACCOUNT MONTH | EFFECTIVE DATE | COMM ITEM .1500 PREM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM | COMM ITEM PREMIUM |
|---|---|---|---|---|---|
| 0497 | 02/12/97 | 148. | | | |
| 0497 | 03/01/97 | 29 | | | |
| 0497 | 04/01/97 | 29 | | | |
| 0597 | 05/01/97 | 29 | | | |
| 0697 | 06/01/97 | 29 | | | |
| 0797 | 07/01/97 | 29 | | | |
| 0897 | 08/01/97 | 29 | | | |
| 0997 | 09/01/97 | 29 | | | |

TOTAL:        351

OFFICE: ORLANDO           856
PRODUCER NAME: SEITLIN & CO INS           FX243

D03781

NON-STANDARD PAYMENT SCHEDULE

POLICY NUMBER: P-660-225X6166-TIL-96
EFFECTIVE DATE:  12/01/96
ISSUE DATE: 04/01/97

| PAYMENT DUE DATES | AMOUNT |
|---|---|
| 02/12/97 | 148.00 |
| 03/01/97 | 29.00 |
| 04/01/97 | 29.00 |
| 05/01/97 | 29.00 |
| 06/01/97 | 29.00 |
| 07/01/97 | 29.00 |
| 08/01/97 | 29.00 |
| 09/01/97 | 29.00 |

IL TO 30 12 90       PAGE  1 OF  1

OFFICE: ORLANDO                    856
PRODUCER NAME: SEITLIN & CO INS                    FX243

003782

One Tower Square, Hartford, Connecticut 06183

**TravelersInsurance**
A Member of *TravelersGroup*

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

POLICY NO.: P-660-225X6166-T1L-96
ISSUE DATE: 04-01-97

**DECLARATIONS PERIOD:** From 12-01-96 to 12-01-97   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1. LIMITS OF INSURANCE AND DEDUCTIBLE:**

### CONTRACTOR'S EQUIPMENT COVERAGE–SPECIAL FORM

| Item No. | Description of Property | Limit of Insurance |
|---|---|---|
| | ON FILE WITH THE TRAVELERS | $ 1,471,658 |
| | | $ |
| | | $ |
| | | $ |
| | Total | $ 1,471,658 |
| Covered Property Not Described Above | | $ N/A |
| | Total | $ 1,471,658 |
| All Covered Property In Any One Occurrence | | $ 1,471,658 |

Deductible: $ 250

**Property Leased or Rented to Others.**
Limits of Insurance:

Limit For Any One Item: $
In Any One Occurrence: $
Deductible: $

**Rental Expense**

Limit In Any One Occurrence: $
Annual Aggregate Limit: $

Deductible: ☐   Three (3) Working Days.
Other: ☐   Other:

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CM T0 01 07 86
Order # CM A0 06 05 93

Page 1 of 1

0C3783  PRODUCER: SEITLIN & CO INS          FX243  OFFICE: ORLANDO          856

COMMERCIAL INLAND MARINE
ISSUE DATE: 04-01-97

POLICY NUMBER: P-660-225X6166-TIL-96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

CONTRACTORS EQUIPMENT

**Loss Payable–For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:**

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

### SCHEDULE

Form or
Endorsement No.

CM TO 01 07 86

| Item No. , If any or Description of Property | Loss Payee (Name and Address) |
|---|---|
| LEASED MUSTANG 20/60 TRACTOR S#SE96D000439 | CATERPILLAR FINANCIAL SERVICES CORP INSURANCE SERVICE CENTER<br><br>P.O. BOX 1400<br><br>CORAPOLIS                    PA 15108 |

OC318A

COMMERCIAL INLAND MARINE
ISSUE DATE: 04-01-97

POLICY NUMBER: P-660-225X6166-TIL-96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance under the following:

CONTRACTORS EQUIPMENT

**Loss Payable—For Covered Property** in which both you and a **Loss Payee** shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the loss payee, as interest may appear.

SCHEDULE

Form or
Endorsement No.

CM TO 01 07 86

| Item No., if any or Description of Property | Loss Payee (Name and Address) |
|---|---|
| 1992 SPACE MASTER TRAILER UNIT S#K0109217909 | SPACE MASTER BUILDINGS<br><br>2732 W. 84TH STREET<br><br>HIALEAH       FL 33016 |

CM T8 94 09 93

Page 1 of 1

COMMERCIAL INLAND MARINE
ISSUE DATE:04-01-97

POLICY NUMBER:P-660-225X6166-TIL-96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

CONTRACTORS EQUIPMENT

The person or organization indicated below is added as an additional insured, as their interests may appear, for the described property only:

SCHEDULE

| Description of Property | Additional Insured (Name and Address) |
| --- | --- |
| Cargo transported for the Additional Insured | SPACE MASTER BUILDINGS |

CM T8 83 12 90

Page 1 of 1

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

**TravelersInsurance**
A Member of TravelersGroup

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF INSURANCE – FORM A**
Issue Date: 04-01-97

Policy Number: P-660-225X6166-TIL-96

1. **CERTIFICATE HOLDER:** CATERPILLAR FINANCIAL SERVICES CORP
   INSURANCE SERVICE CENTER
   P.O. BOX 1400
   CORAPOLIS                    PA 15108

2. **NAMED INSURED:** MILLER & SOLOMON GENERAL
   CONTRACTORS, INC.
   8491 NW 17TH ST.
   STE K & L
   MIAMI                         FL 33126

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 12-01-96   to   12-01-97

5. **INSURING COMPANY:** THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | LEASED MUSTANG 20/60 TRACTOR S#SE96D000439 | $ 23,411 | $ 250 |

Coverage - Covered Causes of Loss:  _____ Basic Form   _____ Broad Form   X  Special Form
_____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL TO 10 04 94                                                    Page 1 of 2

003188

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

8.  **NOTICE OF CANCELLATION** —  If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words we," us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL TO 10 04 94

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

**TravelersInsurance**
A Member of *TravelersGroup*

One Tower Square, Hartford, Connecticut  06183

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**
Issue Date: 04-01-97

Policy Number: P-660-225X6166-TIL-96

**1. CERTIFICATE HOLDER:**  SPACE MASTER BUILDINGS
2732 W. 84TH STREET
HIALEAH                      FL 33016

**2. NAMED INSURED:**  MILLER & SOLOMON GENERAL
CONTRACTORS, INC.
8491 NW 17TH ST.
STE K & L
MIAMI                      FL 33126

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 12-01-96  to  12-01-97

**5. INSURING COMPANY:**  THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

**6. INSURANCE**

Buildings or Personal Property - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| | | 1992 SPACE MASTER TRAILER UNIT S#K0109217909 | $ 9,340 | $ 250 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _X_ Special Form
_____ Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

IL TO 10 04 94

Page 1 of 2

CHANGE EFFECTIVE DATE: 02-12-97
CHANGE ENDORSEMENT NUMBER: 0005

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this Insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL TO 10 04 94

Page 2 of 2

RECORDS RETENTION

CHANGE EFFECTIVE DATE: 01-09-97
CHANGE ENDORSEMENT NUMBER: 0001

**Travelers**Insurance
A Member of *TravelersGroup*

One Tower Square, Hartford, Connecticut 06183

CHANGE  ENDORSEMENT.

Named Insured:
MILLER & SOLOMON GENERAL
CONTRACTORS, INC.

Policy Number: P-660-225X6166-TIL-96
Policy Effective Date: 12/01/96
Issue Date: 03/15/97
Additional Premium $ 94

Effective from 01/09/97 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMEMRCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

PROPERTY FLOATER COVERAGE IS AMENDED TO ADD:
LEASED MUSTANG 20/60 TRACTOR S#SE96D000439 VALUED AT $23,411

CATERPILLAR FINANCIAL SERVICES CORP. IS ADDED AS LOSS PAYEE PER
CM T8 94 09 93 ATTACHED.

PREMIUM IS PAYABLE AS FOLLOWS:

DUE ON 01/09/97    $ 94
DUE ON DO/00/00    $ SEE IL TO 30

NAME AND ADDRESS OF AGENT OR BROKER:
SEITLIN & CO INS (FX243)
PO BOX 025220
MIAMI, FL 331025220

COUNTERSIGNED BY:

Authorized Representative
DATE: _____

IL TO 07 09 87    PAGE  1 OF  1

OFFICE: ORLANDO

004818

CHANGE EFFECTIVE DATE: 01-09-97
CHANGE ENDORSEMENT NUMBER: 0001

**TravelersInsurance**
A Member of *TravelersGroup*

POLICY NUMBER:   P-660-225X6166-TIL-96

EFFECTIVE DATE:   12-01-96

ISSUE DATE:   03-15-97

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

INTERLINE

    IL TO 07 09 87   CHANGE ENDORSEMENT
    IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
    IL TO 30 12 90   NON-STANDARD PAYMENT SCHEDULE

INLAND MARINE

    CM AO 06 05 93   CONTRACTORS EQUIP COVG-SPECIAL DEC
    CM T8 94 09 93   LOSS PAYABLE PROVISIONS

INTERLINE ENDORSEMENTS

    IL TO 10 04 94   LENDERS CERTIFICATE OF INSURANCE-FORM A

IL T8 01 10 93

PAGE:   1 OF   1